UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARCHANA SAGAR,<br>    5423 Sequoia Farms Drive<br>    Centerville, VA 20120 | )<br>)<br>)<br>) | |
| AJAY SAGAR,<br>    5423 Sequoia Farms Drive<br>    Centerville, VA 20120 | )<br>)<br>)<br>) | |
| PIXL, INC.<br>    10201 Lee Highway, Suite 530<br>    Fairfax, Virginia 22030<br>        Plaintiffs. | )<br>)<br>)<br>)<br>) | |
| v. | )<br>)<br>) | Civil Action _____ |
| MIKE JOHANNS,<br>    Secretary<br>    United States Department of Agriculture<br>    1400 Independence Ave., SW<br>    Washington, D.C. 20250 | )<br>)<br>)<br>)<br>)<br>) | **Jury Requested** |
| <br>        Defendant. | )<br>)<br>) | |

**VERIFIED COMPLAINT**

**<u>COUNT ONE</u>**

I.

This is a suit for damages and for injunctive and other affirmative relief against prohibited

discrimination and tortious interference with contract in violation of federal statute, the laws of

the District of Columbia, the Fifth and Thirteenth Amendments to the Constitution of the

United States.   The United States Department of Agriculture (USDA) has denied plaintiffs,

and each of them, procedural due process and substantive property right guarantees regarding

their respective individual rights and their firm's contractual rights doing business as Pixl Inc., a Woman and Minority owned enterprise.

## II.

Jurisdiction is conferred on this Court by 28 U.S.C. Section 1331, the Federal Tort Claims Act (FTCA), 18 U.S.C. Section 1964, and 28 U.S.C Section 1343.  This Court has supplemental and pendent jurisdiction under 28 U.S.C. Section 1367 over claims asserted herein under the laws of the District of Columbia, including but not limited to, tortious and fraudulent interference with contract, regarding the 1999 and 2004 8(a) contract awards to Pixl Inc. on the INFRA Project in accordance with FAR 6.302 and SBA Certification. The USDA Forest Service placed plaintiffs' business Pixl, Inc. in an adverse false light through maliciously fraudulent representations.  Venue is proper in this district Court pursuant to 28 U.S.C. Section 1391 in that USDA is a federal agency headquartered in Washington, D.C. and this is the district in which a substantial part of the events and omissions giving rise to the claims herein occurred.  *See* Exhibit 1.

## III.

Plaintiff Archana Sagar is the president and seventy-five percent owner of Pixl, Inc., a Virginia Corporation doing business in the District of Columbia by providing consultants in accordance with the statements of work on the INFRA Project and three other 8(a) contracts (ATSES, Tivoli and Fisheries) with the United States Department of Agriculture Forest Service (USDA Forest Service).  Plaintiff Ajay Sagar, the husband of Archana Sagar, is the Vice President of Pixl Inc. and its 25% owner.  These plaintiffs are naturalized United States of America (USA) citizens of Brown complexion who were each born in India.  Plaintiff Pixl, Inc. (Pixl) is a Virginia Corporation organized on March 16, 1994 that does business in the District of

Columbia with USDA Forest Service.  At all times herein mentioned, Pixl was a SBA Certified

8(a).  *See* Exhibit 1.

IV.

Defendant Mike Johanns is the Secretary of the United States Department of Agriculture and is

responsible for the actions of the USDA Forest Service and its employees.

V.

The plaintiffs bring this action on their own behalf and pursuant to Rule 8 (a), 23(b) (2), 57 and

65 of the Federal Rules of Civil Procedure (FRCP) on behalf of similarly situated woman and

minority U.S.A. citizens to secure rights arising from federally awarded 8(a) contracts, federal

statutes, and the United States Constitution.  Archana and Ajay Sagar are representative of their

class as owners and operators of a Woman and Minority 8(a) owned firm under Federal and

District of Columbia law.  Archana Sagar is representative of her class as the principal owner

of a woman owned 8(a) firm under Federal and District of Columbia law.

VI.

But for the race (Asian) and color of skin (Brown) of Archana and Ajay Sagar, and each of

them, the USDA Forest Service would not have subjected plaintiffs, and each of them, to

prohibited discrimination as described herein.    But for the race and color of the Sagars as

husband and wife, the USDA Forest Service would not have infringed upon their substantive

right to do business with the federal government individually or through their business Pixl.

But for race and color prohibited discrimination, the USDA Forest Service would not have

adversely and disparately treated Archana and Ajay Sagar and their Woman and Minority

owned firm in violation of substantive and procedural guarantees under Section 8(a) of the

Small Business Act and the Fifth and Thirteenth Amendments to the United States

3

Constitution.  But for prohibited discrimination on the basis of color and sex, Archana Sagar would not have suffered prohibited discrimination under both USDA regulations and the laws of the District of Columbia.

## VII.

The classes of race (Asiatic, Brown, female and Asiatic couple) represented by the plaintiffs are each so numerous that joinder of all members is impracticable. There are questions of law and fact common to the class and the claims and defenses of plaintiffs that are particular to the claims of the class.  The defendant agency has acted on grounds generally applicable to the class, thereby making appropriate final relief and corresponding declaratory relief with respect to the class as a whole.

## VIII.

Robert Jaeger, the Contracting Officer (CO) for the USDA Forest Service on its INFRA Project since 2005, has improperly denied plaintiffs' business, Pixl, the entitled profits of its 8(a) contractual award on December 6, 1999 approved by INFRA Project CO Roberta Buskirk that was extended on April 28, 2004 by then INFRA Project CO Vivian McPherson.  *See* Exhibit 1.  In order to make these 1999 and 2004 awards non competitively, the USDA Forest Service made Pixl the sole 8(a) firm on the USDA Forest Service INFRA Project with entitlement to the majority of labor category positions established thereon.  CO Jaeger violated his 8(a) contractual warrant authority delegated by the Small Business Administration (SBA) regarding the majority of labor category positions entitled to plaintiffs' business by issuing, non-competitively, task orders to Male and White owned firms, including IRM Consulting Group, Inc., which enabled the INFRA Project to grow from approximately twenty to sixty-four labor category (consultant) positions without competition.

4

IX.

In contrast to how Male and/or White owned and/or operated firms are treated, the USDA Forest Service blocked consultants who wished to join the 8(a) firm Pixl on the ATSES Project.   The USDA Forest Service also adversely and disparately treated the 8(a) firm Pixl on its ATSES, Tivoli and Fisheries contracts, and each of them, through irregularities that include late payment on invoices that were timely paid to Male and/or White owned and/or operated firms.  USDA Forest Service also cancelled the Fisheries Contract without invocation of termination for cause or convenience procedures.  In failing to apply legally Article XIX of the FAR to Pixl as a Woman and Minority owned and operated  8(a) firm, the USDA Forest Service denied to Pixl the majority of labor category positions entitled to it on the INFRA Project and the other three contracts, costing Pixl over 5.7 million dollars in denied profit.  *See* Exhibit 4.

X.

From May to October 2005, USDA Forest Service Contracting Officer Representative (COR), Daryl Herman colluded with INFRA Program Manager, Tah Yang, improperly to remove from plaintiffs' 8(a) contractual award seven (7) consultants on the INFRA Project.  COR Herman and CO Jaeger barred the plaintiffs' ability to back fill each of these vacated labor category positions from May 2005 to present.   The USDA Forest Service refused to honor the non-compete clauses that the majority of the consultants had in their Pixl contracts.  By this violation of FAR XIX, the USDA Forest Service denied to Pixl profits of approximately $80,000 per quarter on the INFRA Project since May 2005 for a total of $640,000 to date.  *See* Exhibit 4.

XI.

COR Herman and CO Jaeger tortiously breached Pixl's 8(a) contractual award on the INFRA

Project to plaintiffs' business by unilaterally altering codes by hand on Pixl's September 2006

invoice on the INFRA Project to transform it illegally from 8(a) funding to a new "GSA

Schedule" funded contractual award without the requisite approval by, or even prior notice to

Pixl.   *See* Exhibit 6.  Upon discovery of this intentional violation by COR Herman and CO

Jaeger, the plaintiffs challenged under the Contract Disputes Act, the Competition in

Contracting Act (CICA) of 1984, and the Federal Acquisition Regulation (FAR) COR

Herman's and CO Jaeger's illegal handwritten alterations. *See* Exhibit 6.  These violations

were included in plaintiffs' still unanswered Certified Formal Claim and Request for Decision

of December 11, 2006 but were accepted by USDA as part of a separate and unanswered civil

rights complaint on December 21, 2006, more than 180 days ago.  *See* Exhibit 2.

XII

Despite the formally "accepted" issue of the illegally altered September 2006 invoice on the

INFRA Project subjecting plaintiffs and their business, Pixl, to potential GSA fines and

debarment, the USDA Forest Service and the USDA Office of Civil Rights have each failed to

complete a comprehensive investigation regarding plaintiffs' accepted agency charges of civil

rights violation. *See* Exhibit 3.   The plaintiffs are informed and believe that CO Jaeger

intended to injure Pixl by paying the illegal GSA Schedule rate on the September 2006 invoice

rate instead of the legal open market 8(a) rates.  Regarding his fraud for the month of

September 2006 on the INFRA Project, CO Jaeger: (1) never requested that Pixl provide its

GSA Schedule, (2) never announced a GSA Schedule solicitation on the INFRA Project, and

(3) never solicited a GSA Schedule bid from Pixl.

XIII.

COR Herman and CO Jaeger again tortiously interfered with plaintiffs' 8(a) contractual award

on the INFRA Project on October 1, 2006 by unilaterally deciding to pay only FY 2006 labor

rates instead of the FY 2007 labor rates being paid to Male and White owned and operated

firms on the INFRA Project, including but not limited to IRM Consulting Group, Inc.  *See*

Exhibit 6.  This further disparate treatment by COR Herman and CO Jaeger against plaintiffs'

business was adverse in that it encouraged the four (4) remaining Pixl consultants on the

INFRA Project to leave their Woman and Minority owned firm for the higher pay of Male

and/or White owned and/or operated firms on the INFRA Project, including but not limited to

IRM Consulting Group, Inc.   Each of these four Pixl consultants did not leave at this time

despite the current financial duress and prior fraudulent business slander under District of

Columbia law by a rumor mill by John Graney, president of IRM Consulting Group, Inc.,

calling Pixl "history" in front of many INFRA Project consultants and labeling Pixl "a poison

pill" in front of Jerry Moran, Vice President of NAID, a "disabled veteran" firm interested in

bidding upon solicitation AG-3187-S-07-0005.

.                                   XIV.

In reprisal for reporting irregularities on the INFRA Project which include Pixl's payment

under duress of over $768,000 for "consultant fees" to IRM Consulting Group, Inc. so as for

Pixl to remain on the INFRA Project, the USDA Forest Service: (1) withheld at one time as

much as $530,000 in overdue invoices of payment from the federal National Finance Center in

the failed USDA Forest Service attempt to bankrupt plaintiffs' business, which has the

affirmative duty by law to continue performance on all its federal contracts whether Pixl

payment to its consultants is reimbursed or not by the USDA Forest Service; (2) failed and

continues to fail to pay over $119,347 in late payment interest on the INFRA Project, ATSES,

Tivoli and Fisheries USDA Forest Service contracts; (3) failed and continues to fail to pay over

$185,021 in overdue invoice payments on the INFRA Project and Pixl's three other USDA

Forest Service contracts;  (4) failed and continues to fail to pay $80,000 in obligated quarterly

profits to Pixl from USDA's  unilateral removal of seven Pixl consultants since May 2005; and

(5) attempted on June 20, 2007 to begin canceling  without federal invocation of termination

for cause or convenience procedures plaintiffs' expectation of continued INFRA Project 8(a)

deserved profit for option years 2007 and 2008.   *See* Exhibits 4 and 5.

XV.

The plaintiffs are informed and believe that Contracting Officer Barbara Benninghoff allowed

the fatally flawed INFRA Project solicitation, AG-3187-S-07-0005, to proceed with inherently

biased pre-announcement drafting input from John Graney and four other IRM Consulting

Group, Inc. consultants and without the Department of Veterans Affairs (VA) required

submission of "fair price" for "disabled veteran" teams bidding on the selection.   The

plaintiffs are informed and believe that the solicitation was amended six times serially to favor

the "disabled veteran" firm, Centuria Corporation, which was promoted by John Graney, the

president of IRM Consulting Group, Inc., as his teaming partner on their INFRA Project bid

The plaintiffs are informed and believe that Jerry Moran, the Vice President of Operations of

the NAID "disabled veteran" firm, refused John Graney's improper demand to "team" with

IRM and to give him more control and profit than the Department of Veterans Affairs' allowed

49% interest regarding the AG-3187-S-07-005 solicitation award.   *See* Exhibits 5 and 6.

XVI.

The Defendant USDA, on the basis of race and color, has deprived the plaintiffs of full and equal right to enforce their business' 8(a) contracts and to enjoy substantive rights and procedural guarantees of due process enjoyed by Male and White owned or operated firms doing business on the INFRA Project, including but not limited to IRM Consulting Group, Inc.

XVII.

Unless directed by this Court, the Defendant will continue to deny the Woman and Minority owned business of Pixl its 8(a) contractual award on the INFRA Project and the Pixl's anticipated continuation in the entirety of the FY 2007 and FY 2008 option years. The plaintiffs, as owners of a Woman and Minority 8(a) firm, are informed and believe that USDA Forest Service and its Department each has a horrendous administrative litigation and court record of confirmed past prohibited discrimination against Black farmers and other Minority businesses as well as against its Woman and Minority employees on the basis of race, color and sex under Title VII of the Civil Rights Act.

XVIII.

The Plaintiffs have no plain, adequate, or complete remedy at law. They are suffering and will continue to suffer irreparable injury because of the racial and color discriminatory policy, practice, custom and usage of the Defendant agency. Under the USDA guidance and the laws of the District of Columbia, tortious interference with Pixl's 8(a) awards will continue.

XIX.

As a direct and proximate result of the wrongful acts described herein by the USDA Forest Service officials, the plaintiffs have suffered actual damage of over $5,700,000 to date. *See* Exhibit 4.

9

XX.

The Sagar plaintiffs will continue to experience humiliation and embarrassment caused by the

USDA Forest Service and its agents failing to deal with them properly because of their race,

color, and as owners of a Woman and Minority owned 8(a) firm.

XXI.

Because of USDA Forest Service's malicious refusal to apply federal contractual, regulatory,

and statutory protection including but not limited to Article XIX of the FAR, the Competition

in Contracting Act of 1984, the Contract Disputes Act, and the promulgated but ignored anti-

discrimination USDA policy on the basis of race and color, Archana and Ajay Sagar claim

punitive and exemplary damages in the amount of $300,000.


**COUNT TWO**

XXII.

The plaintiffs hereby incorporate paragraphs I through XXI as if fully set forth.   Count Two

arises under the Racketeer Influenced and Corrupt Organizations (RICO) Act, 18 U.S.C. 1961,

*et seq.*

XXIII.

The amount of 5.7 million dollars in damages to plaintiffs and their business, Pixl, is hereby

trebled under RICO.  An enterprise of B*ivens* actors identified herein has attempted to injure

plaintiffs financially, to place them under duress, and to deprive plaintiffs and their business of

individual and substantive contractual rights and procedural guarantees protected by the Fifth

and Thirteenth Amendments to the United States Constitution.     These *Bivens* actors, and each

of them, furthered a racketeering scheme of emotional and economic duress upon plaintiffs and

their business through fraudulent mailings and wires within the meaning of 18 U.S.C. Sections

1341, 1343 and 1961, *et seq.*   Mail fraud under federal law and that of the District of

Columbia constitutes racketeering activity as that term is defined in 18 U.S.C. Section 1961(1)

(b).

## XXIV.

The plaintiffs will continue to suffer damages from the humiliation and embarrassment caused

by the failure of the USDA Forest Service to reign in the wrongful activities of these *Bivens*

actors who have placed the plaintiffs and their business under duress in furtherance of a

racketeering scheme to do them economic harm and deprive them of Fifth Amendment and

Thirteenth Amendment substantive and procedural due process as owners of a Woman and

Minority owned 8(a) business.

## XXV.

In violation of the Contract Disputes Act, the Fifth Amendment and the Thirteenth Amendment

to the United States Constitution, CO Jaeger and the USDA Forest Service have refused to

respond to plaintiffs' Certified Formal Claim and Request for Decision of December 11, 2006,

regarding USDA errors of contract administration on the INFRA Project.   The USDA has

failed to provide a report or documents in opposition to plaintiffs' bid protests to the General

Accounting Office (GAO) regarding USDA Forest Service violations of the Competition in

Contracting Act (CICA).   The USDA has failed to release to plaintiffs an un-redacted report of

the USDA Forest Service to the USDA Office of Civil Rights in a fraudulent attempt to

conceal material facts regarding the *Bivens* racketeering enterprise.

XXVI.

In violation of Title VII of the Civil Rights Act as amended, the Fifth Amendment and the

Thirteenth Amendment to the United States Constitution, and in furtherance of the racketeering

scheme, the *Bivens* enterprise has refused to process plaintiffs' accepted civil rights complaint

within 180 days of the agency's December 21, 2007 acceptance of said complaint. This failure

fraudulently conceals elements of the *Bivens* pattern of racketeering within the meaning of 18

U.S.C. Section 1961 (c) (d) as described herein.

XXVII.

USDA Forest Service officials Robert Jaeger, Daryl Herman, Ronald Hooper, Barbara

Benninghoff, Tah Yang, Hank Kashdan and John Does 1 through 20 are agents of one another

at all times herein mentioned.  They, and each of them, have colluded to interfere tortiously

with the 8(a) awards to plaintiffs' business, Pixl, in violation of the Federal Tort Claims Act

(FTCA) and the laws of the District of Columbia and to further a racketeering enterprise within

the meaning of 18 U.S.C. Section 1961 *et seq*.   Ronald Hooper, Tah Yang and Daryl Herman

have made false and fraudulent representations to Congressman Frank Wolf that were expected

to be relied upon by falsely portraying Pixl's INFRA contract as under its GSA IT Schedule.

*See* Exhibit 6.  At all times herein mentioned, Pixl remains on the INFRA Project by virtue of

its 8(a) awards in 1999 and 2004.  *See* Exhibit 1.  Ronald Hooper has through the U.S. mails

made false and fraudulent representations to Congressman Frank Wolf and Senator John

Warner that he expected them to rely upon regarding the USDA Forest Service's unpaid

invoices to Pixl.  *See* Exhibit 6.  Hank Kashdan and Ronald Hooper mailed fraudulent

correspondence regarding the pending FOIA requests from Pixl.  *See* Exhibit 6.  These *Bivens*

actors, and each of them, have adversely placed plaintiffs' business, Pixl, in a false light and

furthered their racketeering enterprise to place Pixl under economic duress in a fraudulent

scheme to deprive it of financial assets within the meaning of 18 U.S.C. Section 1961 *et seq*.

See Exhibits 3, 4, 5, 6 and 7.

## XXVIII.

In violation of 18 U.S.C. Section 1961(1) and (5), the *Bivens* actors herein and their John Doe

agents 1 through 20 have allowed the fraudulent messages to be conveyed through and over the

U.S. mail, federal phones, and federal email wires to place the plaintiffs and their business,

Pixl, under economic duress so as to constitute "a pattern of racketeering activity."

## XXIX.

The activities of this *Bivens* enterprise sought to deprive the plaintiffs and their business, Pixl,

of profits from their USDA Forest Service 8(a) contracts and to skew profits to Male and/or

White owned and/or operated firms, including but not limited to IRM Consulting Group, Inc.

## XXX.

The *Bivens* racketeering enterprise described herein affects interstate commerce within the

meaning of 18 U.S.C. Section 1961(4) by tortiously and fraudulently interfering with the

USDA Forest Service 8(a) contractual awards made in Washington, D.C. to plaintiffs' Virginia

based firm, Pixl.

## XXXI.

The plaintiffs have reasonably relied upon USDA Forest Service representations that Pixl's

Certified Formal Claim and Request for Decision of December 11, 2006 and their accepted

Civil Rights complaint (#2148717) of December 21, 2006 would receive Fifth Amendment due

process guarantees and agency procedural protections under USDA formal guidance

affirmatively enforcing federal statutes.  *See* Exhibit 2.

XXXII.

The plaintiffs are informed and believe that the precipitous retirement of Daryl Herman, the

USDA Forest Service COR and Assistant Project Manager of the INFRA Project, and John

Doe 1, may have been an attempt to thwart criminal investigation of contracting irregularities

on the USDA Forest Service INFRA Project since year 2000.

XXXIII.

When Ajay Sagar reported to the USDA that Pixl Inc. had been shaken down for over

$768,000 in "consultant fees" to IRM Consulting Group, Inc. in order for Pixl to remain on the

INFRA Project, Project Manager Tah Yang instructed the plaintiff Ajay Sagar in May 2005 to

"compromise" with John Graney, the president of IRM Consulting Group, Inc.

**BURDEN OF PROOF**

XXXIV.

The USDA Forest Service, Acquisitions Management Staff has failed to conduct an adequate

investigation or release a credible USDA Forest Service Agency Position Statement (APS) in

response to plaintiffs' pending Civil Rights Complaint in case 2148717.  *See* Exhibit 3.  In

contrast to the USDA award letter of 28 April 2004 (*See* Exhibit 1), the heavily redacted

Agency Position Statement (APS) erroneously concludes "there is no supporting evidence the

contracts [to Pixl] were awarded as 8(a) contracts."   The USDA Forest Service repeated

falsehood that it failed to pay $530,000 in unpaid invoices because Pixl "submitted incorrect

invoices" is not credible.  *See* Exhibits 6 and 7.   If Pixl invoices were "incorrect," did USDA

reduce this unpaid inventory of invoices by nearly $300,000 recently in anticipation of

litigation? *See* Exhibit 4.  No Male or White owned and/or operated firms have been denied

timely payment of large invoices despite most of these other firms having accounting systems inferior to those of Pixl. The USDA Forest Service indicated that Pixl invoices were in order when it had the affirmative duty to identify and correct any error. *See*   Exhibits 6 and 7.

## XXXV.

Departmental Regulation 4300-006 and Civil Rights Policy and DR 4300-006, Section 3, forbid the USDA Forest Service from prohibited discrimination in contracting on the basis of race, color, national origin and sex.   *See* Exhibit 3.  Under the rule of *McDonnell Douglas v. Green*, the plaintiffs have established a *prima facie* case of prohibited discrimination on the basis of race and color, and the agency pretext of "Pixl error" for USDA Forest Service disparate treatment of its 8(a) Woman and Minority owned and operated firm is not credible since the USDA Forest Service has violated even its own agency's civil rights guidance.  *See* Exhibits 3, 6 and 7.

## VERIFICATION

I hereby verify under penalty of perjury that the preceding allegations are true and correct to the best of my knowledge and belief.

_____
Ajay Sagar, Vice President of Pixl Inc.

## PRAYER

Wherefore, plaintiffs demand judgment:

1.  Granting plaintiffs and the class they represent a preliminary and permanent injunction infringing upon both Woman and Minority business 8(a) contractual awards by the USDA Forest Service.

2.  Granting the plaintiffs and the class they represent a preliminary and permanent injunction enjoining the USDA Forest Service from maintaining and continuing a policy of discrimination against Woman and Minority owned firms with 8(a) contractual awards,

3.  Granting plaintiffs a preliminary and permanent injunction against any contractual award in solicitation AG 3187-S-07-005 that would interfere with their current expectation regarding the FY 2007 and FY 2008 contractual continuance,

4.  Granting plaintiffs judgment against the USDA Forest Service for compensatory damages in the amount of $300,000,

5.  Granting plaintiffs judgment for punitive or exemplary damages in the amount of $300,000,

6.  Awarding plaintiffs reasonable costs and expenses herein,

7.  Awarding plaintiffs reasonable attorney fees in accordance with 18 U.S.C. Section 1964 (c),

8.  Granting relief for 5.7 million dollars in damages for tortious interference with contract under the Federal Tort Claims Act (FTCA) and disparagement of business reputation through fraudulent misrepresentations under the laws of the District of Columbia,

9.  Granting treble damages under RICO upon proof at trial in accordance with 18 U.S.C. Section 1962 (c), and

10. Granting the plaintiffs and the class they represent such other and further relief as this Court may deem just and proper.

Respectfully submitted,

June 27, 2007

David B. Nolan, Esq.
Attorney for Plaintiffs
8310 Wagon Wheel Road
Alexandria, Virginia 22309
DC Bar # 379804
703-780-1864

## **List of Exhibits**

1 – USDA Forest Service Awards on 8(a) Contracts 53-3187-0-02 on December 6, 1999 and 53-3187-4-6006 on April 28, 2004 and SBA 8(a) Certification to Pixl Inc.

2 – USDA December 21, 2006 acceptance of Pixl Inc.'s Civil Rights Complaint Number 2148717

3 – USDA Forest Service Agency Position Statement (APS) on Civil Rights Case Number 2148717

4 – Calculation of USDA Forest Service Damages to Pixl Inc. as of June 25, 2007

5 – USDA Forest Service decision on Solicitation Number AG-3187-S-07-0005

6 – False USDA Forest Service Mail and Wire Communications

7 – Invoice Correspondence Confirming Sufficiency

02-1150

**I (a) PLAINTIFFS** Archana Sequer, Ajay Sequer
and Pixl, Inc.
88888

**DEFENDANTS** Mike Johnenns,
Secretary, USDA.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Fairfax
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Law Offices of David B. Nolan
8310 Wagon Wheel Road, Alexandria VA
703 780-1864                                    22309

JURY ACTION

Case: 1:07-cv-01150
Assigned to: Lamberth, Royce C.
Assign. Date: 6/27/2007
Description: Civil Rights-Non Employ.

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

⊗ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZ**
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT ___ NLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
    Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or
    defendant
☐ 871 IRS-Third Party 26
    USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of
    Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
    Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt
    Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
    Exchange
☐ 875 Customer Challenge 12 USC
    3410
☐ 900 Appeal of fee determination
    under equal access to Justice
☐ 950 Constitutionality of State
    Statutes
☐ 890 Other Statutory Actions (If not
    administrative agency review or
    Privacy Act

③

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

Violations of ~~the~~ ~~Civil Rights Act~~, CICA, Contract Disputes Act,

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Federal Tort Claims Act, Fifth Amendment, Thirteenth Amendment, 18 USC 196 et seq.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☒ ACTION UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint  **JURY DEMAND:** ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☒ NO   If yes, please complete related case form.

**DATE** 6/27/07    SIGNATURE OF ATTORNEY OF RECORD   _[signature]_

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

## SOLICITATION, OFFER AND AWARD

1. This contract is a rated order under DPAS (15 CFR 700) RATING:

| | |
|---|---|
| 2. CONTRACT NO. | 3. SOLICITATION NO.<br><br>WO-00-01 |

4. TYPE OF SOLICITATION

   [ ] SEALED BID (IFB)     [X] NEGOTIATED (RFP)

| | |
|---|---|
| 5. DATE ISSUED<br><br>11/29/99 | 6. REQUISITION/PURCHASE NO.<br><br>6300-4 |
| 7. ISSUED BY    CODE: 3187<br><br>USDA, FOREST SERVICE<br>ACQUISITION MANAGEMENT<br>PO BOX 96090, ROOM 707, RP-E<br>WASHINGTON, DC  20090-6090 | 8. ADDRESS OFFER TO<br>(If other than Item 7) |

NOTE: In sealed bid solicitations, "offer" and "offeror" mean "bid"
     and "bidder".

## SOLICITATION

9. Sealed offers in original and 2 copies for furnishing the
supplies or services in the Schedule will be received at the
place specified in Item 8, or if handcarried, in the
depository located in  , until 4:00 pm local time on December
3, 1999.

     CAUTION--LATE Submissions, Modifications, and Withdrawals: See
Section L, Provision No. 52.214-7 or 52.215-1.  All offers are
subject to all terms and conditions contained in this
solicitation.

| 10. FOR INFORMA-<br>    TION CALL: | A. NAME:<br>Infra Project | B. TELEPHONE NO.<br>(Include Area Code)<br>(NO COLLECT CALLS)<br>205-1409 |
|---|---|---|
| C. E-MAIL ADDRESS<br>   roberta.buskirk/wo@fs.fed.us | | |

EXCEPTION TO STANDARD FORM 33 (REV.9-97)

Prescribed by GSA
FAR (48 CFR 53.214(c)

 USDA

| United States Department of Agriculture | Office of the Chief Financial Officer | National Finance Center | P.O. Box 60000 New Orleans Louisiana 70160 |

MARCH 27, 2000                                      68-000190295-0

Vendor Contact:

PIXL INC
P O BOX 230505                          MR. AJAY SAGAR
CENTREVILLE        VA   20120           (703)-288-1930

Welcome to the Office of the Chief Financial Officer's National Finance Center (OCFO/NFC) Vendor Express, electronic funds transfer (EFT) program. OCFO/NFC is ready to implement payment of your invoice via the program in which you recently enrolled. Your Vendor Express enrollment number is VXP000190295. This number should be placed in your remit-to address immediately preceding your city and state. Invoices which contain your VXP enrollment number in the location described will be paid via Vendor Express.

At the same time this letter is being sent to you, we have also sent to your financial institution (FI) a letter and prenotification containing your account information, i.e., account title, bank routing number, account number, and account type.

We will supply your FI with a payment identification record each time electronic funds are transferred for credit to your account for payment of your invoices. Please contact your FI to determine what notification they will provide you each time we credit your account.

Our records contain the information shown below. Your account will be activated with this information in 14 days from the date of this letter. If any of this information is incorrect or has changed, please call the Miscellaneous Payments Section immediately at 1-800-421-0323. Also, confirm your call by correcting the information on this letter and returning the entire letter to the OCFO/NFC at the address on the top of this page. Please include in the address: ATTN: Miscellaneous Payments Section, Vendor Express.

**Note:** Payments will be credited to the account identified in this letter, unless we are notified within 14 days.

Thank you for your cooperation. We look forward to serving you better through Vendor Express.

## MISCELLANEOUS PAYMENTS SECTION

Payments will be electronically transmitted to:

|  |  |
|---|---|
|  | 056001079 |
|  | Bank Routing Number |
| CRESTAR BANK | PIXL INC. |
|  | Account Title |
| 7818 PARHAM RD | 000554514 |
|  | Account Number |
| RICHMOND        VA   23294 | SAVINGS |
|  | Account Type |
| DEBRA LAW          (SIGNED) | (703)-838-3943 |
| FI ACH/EFT Coordinator | Phone |

Our records show the following TIN for your company. Please include this number on invoices sent to OCFO/NFC.                                      541703062

"AN EQUAL OPPORTUNITY EMPLOYER"

1275n (revised 12/98)

## ACH VENDOR/MISCELLANEOUS PAYMENT
## ENROLLMENT FORM

The form is used for Automated Clearing House (ACH) payments with an addendum record that contains payment-related information processed through the Vendor Express Program. Recipients of these payments should bring this information to the attention of their financial institution when presenting this form for completion.

### PRIVACY ACT STATEMENT

The following information is provided to comply with the Privacy Act of 1974 (P. L. 93-579). All information collected on this form is required under the provisions of 31 U.S.C. 3322 and 31 CFR 210. This information will be used by the Treasury Department to transmit payment data, by electronic means to vendor's financial institution. Failure to provide the requested information may delay or prevent the receipt of payments through the Automated Clearing House Payment System.

### AGENCY INFORMATION

FEDERAL PROGRAM AGENCY

**USDA – Office of the Chief Financial Officer – National Finance Center**

| AGENCY IDENTIFIER: 3187 | AGENCY LOCATION CODE (ALC): 1309 | ACH FORMAT: ☒ CCD+  ☐ CTX  ☐ CTP |
|---|---|---|

ADDRESS

**P.O. Box 60000**

**New Orleans, LA 70160**

CONTACT PERSON NAME:

**Miscellaneous Payments Section**

TELEPHONE NUMBER: **(800) 421-0323**

ADDITIONAL INFORMATION

**Vendor ID    68  000190295 0**

### PAYEE/COMPANY INFORMATION

NAME

**PIXL INC**

SSN NO. OR TAXPAYER ID NO.: 54-1703062

ADDRESS

**P O BOX 230505**

**CENTREVILLE          VA   20120**

CONTACT PERSON NAME: MR. AJAY SAGAR

TELEPHONE NUMBER: (703) 288-1930

### FINANCIAL INSTITUTION INFORMATION

NAME CRESTAR BANK

ADDRESS 7818 Parham Rd.

Richmond, VA 23294-4306

ACH COORDINATOR: DEBRA LAW

TELEPHONE NUMBER: 703 838-3943

NINE-DIGIT ROUTING TRANSIT NUMBER: 056001079

DEPOSITOR ACCOUNT TITLE: PIXL INC.

DEPOSITOR ACCOUNT NUMBER: 000554514

LOCKBOX NUMBER: N/A

TYPE OF ACCOUNT   ☐ CHECKING   ☒ SAVINGS   ☐ LOCKBOX

SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL: (Could be the same as ACH Coordinator)

TELEPHONE NUMBER: (804) 270-8407

NSN 7540-01-274-9925                3881-102

SF 3881 (Rev 12/90)
Prescribed by Department of Treasury
31 U S C 3322; 31 CFR 210

sf3881 (10/98)

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, AND PAPERS RELATING TO THIS ORDER

| PAGE 1 OF 2 | CONTRACT NUMBER 53-3187-0-02 | ORDER DATE 06-DEC-1999 | | ORDER NUMBER 43-3187-0-0059 | SUB |
|---|---|---|---|---|---|

| TYPE PURCHASE DELIVERY | VENDOR IDENTIFICATION NUMBER VID541703062 A | FORM 1099 | TAXPAYER'S IDENT. NO. 54-1703062 | |
|---|---|---|---|---|

TO:

PIXL INC.

PO BOX 230505

CENTERVILLE VA US 20120

**SHIP TO** ►

CONSIGNEE
USDA Forest Service

PO Box 96090

Washington DC US 20090-6090
PHONE: 703-605-4778 EXT:
FAX:    EXT:

| LINE ITEM | ACT CODE | DESCRIPTION | | QUANTITY | UNIT ISSUE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01 | | PIXL-00-4 Sr. Systems Anaylst III (Tony Reeves). | S | 1720.000 | h | $109.0000 | $187,480.00 |
| 02 | | PIXL-00-4 Sr. Systems Analyst III (Stephan Brose). | E | 1720.000 | h | $109.0000 | $187,480.00 |
| 03 | | PIXL-00-4 Sr. Systems Anaylst III (Mohammed Amir). | L | 1720.000 | h | $109.0000 | $187,480.00 |
| 04 | | PIXL-00-12 Information Systems Engineer III (Shahid Munir). | L | 1720.000 | h | $39.0000 | $67,080.00 |
| 05 | | Travel. It is estimated that five trips @ $2,000 each trip will be taken throughout FY 2000. Approval from the COTR is required prior to incurring any expenses in regard to travel. All travel to be completed in accordance with Federal Travel Regulations. | E R ' S | 5.000 | EA | $2,000.0000 | $10,000.00 |
| | | The above individuals are to provide services in accordance with Contract 53-3187-0-02 to the Infra project for Fiscal Year 2000. | O R I G I N A L | | | | |
| | | The period of performance: Dec.1, 1999 thru Sept. 30, 2000. | | | | | |

THIS PURCHASE ORDER NEGOTIATED PURSUANT TO AUTHORITY OF 41 U.S.C. 252(C) (                    )

| FOB POINT DESTINATION | DISCOUNT AND/OR NET PAYMENT TERMS DAYS    DAYS    DAYS | NET 30 | **TOTAL** ► | $639,520.00 |
|---|---|---|---|---|

| REQUIRED DELIVERY DATE 06-DEC-1999 | SHIP VIA | |
|---|---|---|

**BILLING INSTRUCTIONS:**
**No Billing Will Be Submitted In Advance Of Shipment**
Furnish Invoice With Our ORDER NUMBER To:
USDA FOREST SERVICE
USDA FOREST SERVICE
P.O. BOX 96090
WASHINGTON DC US 20090-6090
PHONE: 703-605-4778 EXT:
FAX:    EXT:

DO NOT SHIP ORDER TO THIS ADDRESS
(Ship to Consignee Address Above)

FAILURE TO SHOW OUR PURCHASE ORDER NUMBER ON INVOICE WILL DELAY PAYMENT

FREIGHT CHARGE OVER $100 REQUIRES BILL OF LADING

IF AVAILABLE, INCLUDE YOUR TAXPAYER IDENTIFICATION NUMBER ON EACH INVOICE

| ISSUING OFFICE USDA Forest Service PO Box 96090  Washington DC   20090-6090 PHONE:  703-605-4778  EXT: FAX:        EXT: | ORDERED BY ( NAME AND TITLE) ROBERTA BUSKIRK |
|---|---|
| | CONTRACTING OFFICER |
| | PHONE: (703) 605-4823  EXT:  FAX:   (703) 605-5100  EXT: |
| | AUTHORIZED SIGNATURE |

TABLE OF CONTENTS

PAGE

SOLICITATION, OFFER AND AWARD . . . . . . . . . . . .     1

PART I - THE SCHEDULE . . . . . . . . . . . . . .     4

SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS . . . . . . . .     4
    B.1     AGAR 452.216-73 MINIMUM AND MAXIMUM CONTRACT AMOUNTS .     8
        (FEB 1988)
    B.2     AGAR 452.216-74 CEILING PRICE (FEB 1988) . . . . . . .     8

SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT . . . . . . .     9

SECTION D - PACKAGING AND MARKING . . . . . . . . . . . . . .     12

SECTION E - INSPECTION AND ACCEPTANCE . . . . . . . . . . .     13
    E.1     52.252-2  CLAUSES INCORPORATED BY REFERENCE (FEB 1998)     13

SECTION F - DELIVERIES OR PERFORMANCE . . . . . . . . . . .     14
    F.1     52.252-2  CLAUSES INCORPORATED BY REFERENCE (FEB 1998)     14
    F.2     AGAR 452.211-74 PERIOD OF PERFORMANCE (FEB 1988) . . . .     14
    F.3     AGAR 452.237-76 PROGRESS REPORTING (FEB 1988) . . . .     14

SECTION G - CONTRACT ADMINISTRATION DATA . . . . . . . . .     16

SECTION H - SPECIAL CONTRACT REQUIREMENTS . . . . . . . . . .     17
    H.1     AGAR 452.224-70 CONFIDENTIALITY OF INFORMATION . . . .     17
        (FEB 1988)
    H.2     AGAR 452.228-71 INSURANCE COVERAGE (NOV 1996) . . . .     18

PART II - CONTRACT CLAUSES . . . . . . . . . . . . .     20

SECTION I - CONTRACT CLAUSES . . . . . . . . . . . .     20
    I.1     52.252-2  CLAUSES INCORPORATED BY REFERENCE (FEB 1998)     20
    I.2     52.203-8 CANCELLATION, RESCISSION, AND RECOVERY OF . .     22
        FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)
    I.3     52.203-12 LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN     23
        FEDERAL TRANSACTIONS (JUN 1997)
    I.4     52.212-5  CONTRACT TERMS AND CONDITIONS REQUIRED TO  .     29
        IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL
        ITEMS (MAY 1999)
    I.5     52.215-19 NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997)     33
    I.6     52.216-18 ORDERING (OCT 1995) . . . . . . . . .     34
    I.7     52.216-19 ORDER LIMITATIONS (OCT 1995) . . . . . . .     34
    I.8     52.217-9  OPTION TO EXTEND THE TERM OF THE . . . . . .     35
        CONTRACT (MAR 1989)
    I.9     52.219-8 UTILIZATION OF SMALL BUSINESS CONCERNS (OCT 19     35
    I.10     52.219-18 NOTIFICATION OF COMPETITION LIMITED . . . .     37
        TO ELIGIBLE 8(A) CONCERNS (JUN 1999)
        (DEVIATION) (MAY 1998)
    I.11     52.219-70 SECTION 8(a) DIRECT AWARD (MAY 1998) . . . .     38
    I.12     52.222-42  STATEMENT OF EQUIVALENT RATES FOR . . . . .     39

TABLE OF CONTENTS                                      PAGE

          FEDERAL HIRES (MAY 1989)
   I.13   52.232-34 PAYMENT BY ELECTRONIC FUNDS TRANSFER-- . . .    39
          OTHER THAN CENTRAL CONTRACTOR REGISTRATION (MAY 1999)
   I.14   52.239-1 PRIVACY OR SECURITY SAFEGUARDS (AUG 1996) . .    43
   I.15   52.246-20 WARRANTY OF SERVICES (APR 1984)                 43
   I.16   52.252-6  AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)     44

PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS  . . .  45

SECTION J - LIST OF ATTACHMENTS . . . . . . . . . . . . . . .        45
   J.1     LIST OF ATTACHMENTS  . . . . . . . . . . . . . . . .      45

PART IV - REPRESENTATIONS AND INSTRUCTIONS  . . . . . . . . . . .    46

SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND  . . . . . . . . .  46
          OTHER STATEMENTS OF OFFERORS
   K.1    52.203-11 CERTIFICATION AND DISCLOSURE REGARDING . . .     46
          PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS
          (APR 1991)
   K.2    52.204-5 WOMEN-OWNED BUSINESS (OTHER THAN  . . . . . .     47
          SMALL BUSINESS) (MAY 1999)
   K.3    52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION,    47
          PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS
          (MAR 1996)
   K.4    52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS  . . .     49
          (MAY 1999) Alternate II (JAN 1999)
   K.5    52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS  .     51
          (FEB 1999)
   K.6    52.222-25 AFFIRMATIVE ACTION COMPLIANCE (APR 1984) . .     51
   K.7    52.223-1  CLEAN AIR AND WATER CERTIFICATION (APR 1984)     52
   K.8    AGAR 452.222-70 COMPLIANCE WITH VETERANS EMPLOYMENT  .     52
          REPORTING REQUIREMENTS (JAN 1999) (DEVIATION)(USDA)

SECTION L - INSTRUCTIONS, CONDITIONS, AND . . . . . . . . . . . .    53
          NOTICES TO OFFERORS
   L.1    52.252-1  SOLICITATION PROVISIONS INCORPORATED . . . .     53
          BY REFERENCE (FEB 1998)
   L.2    52.215-1 INSTRUCTIONS TO OFFERORS--COMPETITIVE . . . .     53
          ACQUISITION (OCT 1997)
   L.3    52.215-20 REQUIREMENTS FOR COST OR PRICING DATA OR . .     60
          INFORMATION OTHER THAN COST OR PRICING DATA (OCT 1997)
   L.4    52.216-1  TYPE OF CONTRACT (APR 1984) . . . . . . . .      62
   L.5    52.233-2  SERVICE OF PROTEST (AUG 1996) . . . . . . .      62
   L.6    52.237-1  SITE VISIT (APR 1984) . . . . . . . . . . .      62
   L.7    AGAR 452.204-70 INQUIRIES (FEB 1988) . . . . . . . . .     62
   L.8    AGAR 452.215-71 INSTRUCTIONS FOR THE PREPARATION OF  .     62
          TECHNICAL AND BUSINESS PROPOSALS (NOV 1996)
   L.9    AGAR 452.215-72 AMENDMENTS TO PROPOSALS (FEB 1988) . .     65

SECTION M - EVALUATION FACTORS FOR AWARD  . . . . . . . . . . . .    66
   M.1    52.252-1  SOLICITATION PROVISIONS INCORPORATED . . . .     66

                                  ii

TABLE OF CONTENTS                          PAGE

        BY REFERENCE (FEB 1998)
  M.2    AGAR 452.216-72 EVALUATION QUANTITIES -- . . . . . . .   66
        INDEFINITE DELIVERY CONTRACT (FEB 1988)

SOLICITATION, OFFER AND AWARD

11.  TABLE OF CONTENTS

| X SEC | DESCRIPTION | PAGE(S) |
|---|---|---|
| | PART I - THE SCHEDULE | |
| A | SOLICITATION/CONTRACT FORM | |
| B | SUPPLIES OR SERVICES AND PRICES/COSTS | |
| C | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT | |
| D | PACKAGING AND MARKING | |
| E | INSPECTION AND ACCEPTANCE | |
| F | DELIVERIES OR PERFORMANCE | |
| G | CONTRACT ADMINISTRATION DATA | |
| H | SPECIAL CONTRACT REQUIREMENTS | |
| | PART II - CONTRACT CLAUSES | |
| I | CONTRACT CLAUSES | |
| | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| J | LIST OF ATTACHMENTS | |
| | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| L | INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS | |
| M | EVALUATION FACTORS FOR AWARD | |

OFFER (Must be fully completed by offeror)

NOTE:  Item 12 does not apply if the solicitation includes the provision at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within _____ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

| 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | ____ CALENDAR DAYS % |
|---|---|---|---|

14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| *NONE* | | | |
| | | | |
| | | | |

EXCEPTION TO STANDARD FORM 33 (REV. 9-97)

SOLICITATION, OFFER AND AWARD

| 15A. NAME AND ADDRESS OF OFFEROR | CODE [_____] FACILITY [_____]<br><br>*Pixl Inc.*<br>*P.O. Box 230505*<br>*Centreville VA 20120* | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN (Type or Print).<br><br>*AJAY SAGAR,*<br>*VICE PRESIDENT* |
|---|---|---|
| 15B. TELEPHONE NO. (Include Area Code)<br>*(703) 288-1930.* | | 17. SIGNATURE<br>*Ajay Sagar* |
| 15C. [ ] CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE | | 18. OFFER DATE<br>*12/2/99* |

AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:

   [ ] 10 U.S.C. 2304(c)( )          [X] 41 U.S.C. 253(c)(5)

| 23. SUBMIT INVOICES TO ADDRESS SHOWN IN   --> (2 Copies unless otherwise specified) | ITEM   Block 7 |
|---|---|

| 24. ADMINISTERED BY          CODE[_____] (If other than Item 7)<br><br>USDA, FOREST SERVICE ACQUISITION MANAGEMENT PO BOX 96090, ROOM 707, RP-E WASHINGTON, DC  20090-6090 | 25. PAYMENT WILL BE MADE BY CODE [_____]<br><br>USDA, FOREST SERVICE ACQUISITION MANAGEMENT PO BOX 96090, ROOM 707, RP-E WASHINGTON, DC  20090-6090 |
|---|---|

| 26. NAME OF CONTRACTING OFFICER<br>*Roberta R. Buskirk*<br>(Type or Print) | 27. UNITED STATE OF AMERICA<br>*Roberta R. Buskirk*<br>Signature of Contracting Officer | 28. AWARD DATE<br>*12/2/99* |
|---|---|---|

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

EXCEPTION TO STANDARD FORM 33



| United States Department of Agriculture | Forest Service | Washington Office | 14th & Independence SW P.O. Box 96090 Washington, DC  20090-6090 |

**File Code:**  6320-1                                    **Date:** 28 April 2004

**Subject**   Contract Award
            INFRA PROJECT

            PIXL Inc
    **To:**  10565 Lee Highway, Suite 302
            Fairfax,  VA 22030

Congratulations!    Your proposal dated 3/22/2004 in response to RFP WO-04-09VM is accepted.  Award of Task Order number 43-3187-4-1017 in the amount of $998,000,  written against 8(a) contract number 53-3187-4-6006, is made to you for performance beginning 01 May 2004 thru 30 Sept 2004, as the base year, with two option years (ending 30 Sep 2007).    Please refer to this Order number in all correspondence.  A signed copy of the agreement will be mailed to your shortly.

Mr. Tah Yang is the designated Contracting Officer Representative.  He can be reached at (703)-605-4571 or email address tyang@fs.fed.us to respond to your technical questions. All contractual questions are to be addressed through Acquisition Management Office (AQM).

You are encouraged to contact our National Finance Center (NFC) to ensure that your company is enrolled in vendor Express for EFT payments with the USDA Forest Service.  An SF 3881 is being provided.  You can contact the Miscellaneous Payment section at NFC by dialing 1(800)-421-0323; to ensure your banking information is correctly set up.  Once you have ensured that a valid vendor record has been established, please notify this office.  For prompt payment, please forward all invoices to the program office.  Payments will be made by Forest Service Financial Management Services.    Also, make sure that your company information is updated in Central Contractor Registration (CCR) database.   That website is www.ccr.gov.

If you have any questions during performance of this contract that cannot be handled by Mr. Yang, please contact me at (703) 605-4567 or email address vmcpherson@fs.fed.us

/s/

VIVIAN MCPHERSON
Contracting Officer



**Caring for the Land and Serving People**                    Printed on Recycled Paper



**U. S. SMALL BUSINESS ADMINISTRATION**
WASHINGTON METROPOLITAN AREA DISTRICT OFFICE
740 15th Street, N.W., 3rd FLOOR
WASHINGTON, DC 20005
202-272-0383 . 202-481-4969 (FAX)

Mr. Archana Sagar
Pixl, Inc.
5423 Sequaoia Farms Drive
Centereville, VA 20120

SEP 1 5 2006

Dear Mr. Sagar:

The Washington District Office of the U.S. Small Business Administration (SBA) has completed its review of your 8(a) Annual Update (SBA Form 1450) and supporting documentation for program year February 1, 2005 to January 31, 2006. It is our determination that your firm continues to meet the criteria for 8(a) status.

Your actual 8(a) Program year began January 23, 2005, but we have rounded this off to the beginning of the nearest month (February 1, 2005) to facilitate your record keeping.

Most contracts that are awarded under the 8(a) Program are usually a result of the self-marketing efforts of the 8(a) firm. SBA will do its best to assist you in your efforts to obtain contracting opportunities.

You are encouraged to utilize all of the SBA's business counseling resources available to you including the Service Corps of Retired Executives (SCORE) and the Small Business Development Centers (SBDCs). Please feel free to contact Mr. Randall T. Nossaman on (202) 272-0383 to discuss these services or your firm's developmental requirements.

We wish you continued success in the growth and development of your business.

Sincerely,

Eugene A. Sawney
Supervisory Business Development Specialist
8(a) Business Development



U.S. Small Business Administration

**U. S. SMALL BUSINESS ADMINISTRATION**
WASHINGTON METROPOLITAN AREA DISTRICT OFFICE
1110 VERMONT AVE N.W., 9TH FLOOR
WASHINGTON, DC 20043-4500
202-606-4000 . 202-606-4969 (FAX)

Your Small Business Resource

Ms. Archana Sagar
10201 Lee Highway, Suite 530.
43085 Branower Street                                      MAR   8 2005
Fairfax, VA  22030

---

Dear Ms. Sagar:

The Washington District Office of the U.S. Small Business Administration (SBA) has completed its review of your 8(a) Annual Update (SBA Form 1450) and supporting documentation for program year February 1, 2004 to January 31, 2005. It is our determination that your firm continues to meet the criteria for 8(a) status.

Your actual 8(a) Program year began January 23, 2004, but we have rounded this off to the beginning of the nearest month (February 1, 2004) to facilitate your record keeping.

Most contracts that are awarded under the 8(a) Program are usually a result of the self-marketing efforts of the 8(a) firm. SBA will do its best to assist you in your efforts to obtain contracting opportunities.

You are encouraged to utilize all of the SBA's business counseling resources available to you including the Service Corps of Retired Executives (SCORE) and the Small Business Development Centers (SBDCs). Please feel free to contact Mr. Randall T. Nossaman on (202) 606-4000 ext. 339 to discuss these services or your firm's developmental requirements.

We wish you continued success in the growth and development of your business.

Sincerely,

Eugene A. Sawney
Supervisory Business Opportunity Specialist
8(a) Business Development



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, D.C. 20416

December 17, 1998

Mr. Archana Sagar
Pixl, Inc.
5423 Sequoia Farms Dr.
Centreville, VA 20120

Dear Mr. Sagar:

The purpose of this letter is to inform you that as a current 8(a) certified business, your firm is automatically qualified as a Small Disadvantaged Business (SDB) under the SBA's Office of Small Disadvantaged Business Certification & Eligibility.

The SDB certification will be effective for the remainder of your 8(a) program term. At that time, as an 8(a) program graduate, your firm will continue to be certified as an SDB for a period of three years from the date of its last annual review. For this reason, we encourage you to work with your Business Opportunity Specialist to complete your final annual review when the time comes (year nine of your program term).

If you wish to continue in the SDB program at the end of your term, it is your responsibility to reapply for certification by submitting an application at that time. The regulations governing the SDB program may be found at 13 Code of Federal Regulations (CFR) 124.1001-1024.

Additional information regarding the SDB program may be obtained through the Small Business Administration's website at http://www.sba.gov.

If you have any questions, please call us at 1-800-558-0884.

Sincerely,

Terri A. Dickerson
Acting Associate Administrator
Office of Small Disadvantaged Business
Certification & Eligibility

Printed on Recycled Paper



**U.S. SMALL BUSINESS ADMINISTRATION**
WASHINGTON, D.C. 20416

<u>Certified Mail - Return Receipt Requested</u>

JAN 2 3 1998

Archana Sagar, President
Pixl, Inc.
5423 Sequoia Farms Dr.
Centreville, Virginia 20120

Dear Ms. Sagar:

Congratulations!

Your firm has been certified as a participant in the U.S. Small Business Administration's (SBA) 8(a) program. Your term of program participation is nine (9) years beginning on the date of this letter.

During participation in the 8(a) program, you will receive business development assistance from an assigned Business Opportunity Specialist in the Washington District Office, P.O. Box 34500, Washington, D.C. 20043-4500. The phone number is (202) 606-4000.

Your firm will become eligible to receive 8(a) contracts after you submit a business plan using SBA Form 1010C and receive SBA's approval of the plan. We are sending a copy of this certification letter to the SBA Washington District Office. As soon as that office receives the letter, you will be sent the business plan form.

SBA requires that the president or chief executive officer sign a Participation Agreement to show that he or she understands the conditions of 8(a) program participation. Please read the enclosed agreement carefully, sign and date one copy, and return it to the SBA Washington District Office at the address shown in the second paragraph above. The second copy is for your records.

Your firm's approved Primary Standard Industrial Classification (SIC) Code is 7373. Additional SIC codes may be added during the negotiation and approval of your firm's 8(a) business plan. Contracts awarded under 8(a) program authority generally result from the self-marketing efforts of the 8(a) firm. SBA will make every effort to help you in your marketing efforts. However, please remember your firm's acceptance into the 8(a) program is not a guarantee of contract support.

We welcome you as an 8(a) program participant and look forward to working with you. Good luck with your business enterprise!

Sincerely,

William A. Fisher
Acting Associate Administrator
for Minority Enterprise Development

Enclosures

**USDA**

DEC 2 1 2006

**United States
Department of
Agriculture**

Office of the
Assistant Secretary
for Civil Rights

Office of
Civil Rights

1400 Independence
Avenue SW

Washington, DC
20250

David B. Nolan, Esq.
Law Offices of David B. Nolan
8310 Wagon Wheel Road
Alexandria, Virginia 22309

Re: Pixl. Inc., Case Number 2148717

Dear Mr. Nolan:

The Office of Civil Rights has received the complaint filed on behalf of your client, Pixl Inc. Our office is responsible for processing complaints of program discrimination filed against a U.S. Department of Agriculture (USDA) agency or a recipient of Federal financial assistance from the USDA.

We have determined that the information, which you submitted on behalf of your client, constitutes a complaint over which we have jurisdiction. Your client's complaint has been accepted for processing and assigned the above case number. We have determined the issue of your client's complaint to be:

> Whether your client was discriminated against on the bases of national origin (Asiatic Indian) and sex (female), when the Forest Service changed Pixl Inc.'s 8(a) contract to a GSA Schedule contract on August 9, 2006.

Your complaint letter included information and/or allegations over which our office cannot exercise jurisdiction. Departmental regulations that give our office jurisdiction to process complaints require that a complaint be filed within 180 days of occurrence of the discriminatory event. Your issue concerning allegations of discrimination, when seven of Pixl's employees transferred to IRM Consulting in April of 2005, was not filed with our office within 180 days of the alleged discriminatory event. Therefore, that issue is untimely and will not be processed.

Although a portion of your complaint has been accepted for processing, we may dismiss your complaint any time during the course of the investigation if a further review reveals that our office lacks jurisdiction to process the allegations you raised.

We have advised the Forest Service that your client's complaint has been received. The Agency will prepare a position statement. The Agency Position Statement (APS) is a statement from the agency providing facts and explanatory

material for the events, decisions or actions alleged in your client's complaint. After we receive the APS, your client's case will be forwarded for investigation. Our investigation may include an interview with your client and the agency officials involved in the case. If you know of persons whom you believe have information that will support your client's allegations, please inform the investigator who contacts you. After an investigation has been completed, the Office of Civil Rights will issue a Final Agency Decision to you and your client.

No person shall be subject to reprisal or harassment for filing a discrimination complaint against USDA; participating in or contributing to the identification, investigation, prosecution, or resolution of civil rights violations by an agency of USDA or by a recipient of Federal financial assistance from USDA; or otherwise aiding or supporting the enforcement of civil rights laws, rules, regulations or policies applicable to USDA programs. Any individual alleging such reprisal or harassment may file a complaint with the USDA. We will investigate such allegations of reprisal or harassment.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. If we receive such a request, we will seek to protect, to the extent provided by law, personal information that, if released, could constitute an unwarranted invasion of privacy.

If you have any questions, please contact our Customer Service Unit at (866) 632-9992 (toll free), (202) 260-1026, or (202) 401-0216 (TDD).

Sincerely yours,

Kenneth J. Baisden, Sr.
Chief
Program Complaints Division

cc:    Ms. Archana Sager
       Pixl Inc.
       10201 Lee Highway
       Suite 530
       Fairfax, Virginia 22030-3135

**USDA**

United States
Department of
Agriculture

APR 2 0 2007

Office of the
Assistant Secretary
for Civil Rights

David B. Nolan, Esquire
8310 Wagon Wheel Road
Alexandria, Virginia 22309

Office of
Civil Rights

1400 Independence
Avenue SW

FOIA Number: 07-1309-R

Washington, DC
20250

Dear Mr. Nolan:

Your Freedom of Information Act (FOIA) request dated March 2, 2007, to the Office of
Civil Rights was received in our FOIA office on March 7, 2007, requesting "a copy of
the Forest Service's Agency Position Statement."

Files created by the Office of Civil Rights are considered to be law enforcement in
nature because they are generated in the pursuit of an investigation that is undertaken
in response to an allegation that an employee or an agency of the Department of
Agriculture violated one or more civil rights statutes.

Please be advised that your civil rights complaint is exempt from disclosure in its
entirety pursuant to the Privacy Act (PA) Exemption (k)(2) that precludes access to
investigatory material compiled for law enforcement purposes, and Exemption (d)(5)
that precludes access to any record compiled in reasonable anticipation of a civil action
or proceeding.

In accordance with the PA, these records may be withheld even from the person to
whom the records pertain, unless release is required under the FOIA, 5 U.S.C. § 552.
Therefore, we must consider whether release of the records is required by the FOIA.

The records you are requesting are part of a pending investigation that is subject to
Exemption 7(A) of the FOIA. Exemption (7)(A) permits the Government to withhold
"records or information compiled for law enforcement purposes, but only to the extent
that production of such records or information…could reasonably be expected to
interfere with enforcement proceedings." After further review, we have determined that
the records requested contain information that if released would not interfere or cause
harm to the Government's enforcement proceedings.

David B. Nolan
Page 2

We have determined that the Forest Service's Agency Position Statement, consisting of
160 pages, can be released to you in part. Of the 160 pages, we have determined that 17
pages of responsive documents contained in our files originated in the Forest Service.
Therefore, we are forwarding these documents along with your request to the following
office for further action:

>Kathy Oelke
>Acting Freedom of Information Act Officer
>U.S. Department of Agriculture
>Forest Service
>1400 Independence Avenue, SW
>Washington, DC 20250-1143
>Telephone: (202) 205-1542

Please refer any questions concerning the status of the referral portion of this request to
the agency listed above.

Of the remaining 143 pages, we have determined that 118 pages can be released in their
entirety, and 25 pages have portions withheld in part pursuant to Exemptions 5, 6 and
7(C) of the FOIA.

Exemption 5, 5 U.S.C. § 552(b)(5), permits the Government to withhold "inter-agency
or intra-agency memorandums or letters which would not be available by law to a party
in litigation with the agency." The most commonly invoked privilege incorporated
within Exemption 5 is the deliberative process privilege. This privilege protects the
decision-making processes of Government agencies and protects advisory opinions,
recommendations, and deliberations. Specifically, three policy purposes consistently
have been held to constitute the basis for this privilege: (1) to encourage open, frank
discussions on matters of policy between subordinates and supervisors; (2) to protect
against premature disclosure of proposed policies before they are finally adopted; and
(3) to protect against public confusion that might result from disclosure of reasons and
rationales that were not in fact ultimately the ground for an agency action. We have
determined that the portions of the documents containing opinions and
recommendations must be withheld pursuant to Exemption 5.

Exemption 6, 5 U.S.C. § 552(b)(6), permits the Government to withhold all information
about individuals in "personnel and medical files and similar files," where the
disclosure of such information "would constitute a clearly unwarranted invasion of
personal privacy." Exemption 6 also involves a balancing of the public's interest in
disclosure against the individual's privacy interest.

David B. Nolan
Page 3

Exemption 7(C), 5 U.S.C. § 552(b)(7)(C), permits the Government to withhold records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have determined that the names of those involved in the investigation must be withheld, pursuant to Exemptions 6 and 7(C).

The FOIA provides you the right to appeal this determination. Any appeal must be made in writing to:

> Margo M. McKay
> Assistant Secretary for Civil Rights
> U.S. Department of Agriculture
> 1400 Independence Avenue, SW
> Room 240-W, Whitten Building
> Washington, DC 20250-0115

The appeal must be received within 45 days from the date of this letter. The term "FOIA APPEAL" should be placed in capital letters on the front of the envelope.

Sincerely yours,

Sadhna G. True
Director

Enclosures

# Agency Position Statement
## Program Discrimination Complaint
## Case Number 2148717 (Pixl Inc)

## Prepared by:
## US Forest Service
## Acquisitions Management Staff

**US Forest Service (FS)**
**Acquisitions Management**
**Agency Position Statement**
**Case Number 2148717 (Pixl Inc.)**

## INDEX

*Ex 5*

1) Introduction/summary

2) Statements and allegations 

3) Statements and allegations ███████████

4) Statements and allegations ███████████████

5) Explanations as to the events leading up to the complaint

6) Signed statements from agency personnel

7) References to laws, regulations, and guidance used to perform actions or actions not taken

8) Statistical data or information on processing documents, approvals, rejections, and withdrawals

9) Material facts that were not mentioned in the complaint

10) A copy of the complete complaint file

11) Attachments:

    a.   GAO response to case B-299153 dated February 1, 2007 (denial of protest dated November 20, 2006)

    b.   CO letter to Pixl Inc. dated December 1, 2006 (issues of nondisclosure requirements and payments)

    c.   Director of FS WO AQM letter to Pixl's lawyer dated October 20, 2006 (response on behalf of the US Secretary of Agriculture)

    d.   CO letter to Pixl Inc. dated October 20, 2006 (response to first version of their claim)

    e.   GAO decision document (case B-298970) dated October 17, 2006

    f.   Director of FS WO AQM letter to VA Senator John Warner

    g.   Email from SBA detailing expiration of Pixl's 8a status dated February 2007

    h.   CCR (Central Contractor Registration) printouts



JAN 5 2007

States
ıment of
Agriculture

Office of the
Assistant Secretary
for Civil Rights

Office of
Civil Rights

1400 Independence
Avenue SW

Washington, DC
20250

**TO:**     Nicole Tousley
             Acting Director, Civil Rights
             Forest Service

**FROM:**   ▄▄▄▄▄▄▄▄▄▄▄▄▄▄
             Chief
             Program Complaints Division

**SUBJECT:** Request for Extension
             Complainant David Nolan, on behalf of Pixl Inc.
             Case Number 2148717

This responds to your Request for an Extension on the due date for the Agency
Position Statement (APS) for the subject case. As you requested, we have
changed the due date to February 7, 2007.

If you have any questions, please call ▄▄▄▄▄▄▄▄▄ at (202) ▄▄▄▄▄▄▄



RECEIVED

JAN 9 2007

FS-WO-CRS
EMPLOYMENT COMPLAINTS

Ex 6, 7(c)

**Introduction:**

The Forest Service (FS) received the USDA Office of Civil Rights' (OCR) December 21, 2006,

transmittal of the program discrimination complaint of David Nolan Esq. on behalf of Pixl

Incorporated.  The OCR accepted the following allegation:

**Forest Service changed Pixl Inc.'s 8(a) contract to a GSA Schedule contract on August 9, 2006,on the bases of the national origin (Asiatic Indian) and sex (Female) of Pixl's majority owner.**

The FS Washington Office Acquisitions Management Staff (AQM) has prepared the Agency

Position Statement to address this allegation. The AQM Staff██████████████████████

███████████████████████████████

Pixl Inc. was an 8(a) contractor that has several open contracts with the US Forest Service to

perform Information Technology (IT) Services for several related staffs of the Washington Offices.

According to their respective terms and conditions, these contracts are scheduled to expire

September 30, 2007. The two contracts involved are not 8(a) contracts.  Pixl was an 8(a) contractor

at time of award of the contracts, but there is no supporting evidence the contracts were awarded as

"8(a)" contracts.  One is a stand alone "C" contract that was recreated in Integrated Acquisition

System (IAS), (FS automated procurement system) in order to perpetuate a contract that was placed

in a system that has since been shut down – Pontius.  The second contract action (AG-3187-D-06-

0516) is a task order placed against Pixl's General Services Administration (GSA) contract to

develop a different Statement of Work.  The November 20, 2006, Government Accountability Office

(GAO)  protest written by David Nolan Esq. on behalf of Pixl Inc.. has been denied by GAO.  The

Forest Service, thru Office of General Counsel (OGC) had addressed those issues already.  **The**

**letter of complaint to the Small Business Administration (SBA) Inspector General (IG) Peter**

**McClintock, dated August 14, 2006, requesting "EEO" counseling will be addressed as follows:**

US Forest Service
Acquisitions Management
Agency Position Statement
Case Number 2148717 (Pixl Inc)

Ex. 5

**FS AQM** ████████

Paragraph two states: "There were no contract modifications to allow such change." ████████



Paragraph three; which begins with; "Five of the seven improperly transferred engineers ..." states that approximately $400,000.00 was deobligated from Pixl Inc. as a prime contractor. ████████

Paragraph five; which begins with; "On August 9, 2006, Pixl received ..." states that a task order was awarded on a GSA Schedule contract. ████████

3



Ex. 5

4

**FS AQM** ████████

EX 5

Paragraph one which begins with, "On behalf of my legal client ..." Pixl Inc. complains that

consultants were improperly "transferred" to a non 8(a) firm. ████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████

Paragraph three which includes the statement, "But for their ethnicity, their 8(a) firm and its

contractors would not have been targeted for disparate treatment." ████████

████████████████████████████████████

████████████████████████████████████

████████

Paragraph four states "In apparent reprisal for Pixl raising SBA violation ..." ████████



US Forest Service
Acquisitions Management
Agency Position Statement

Paragraph five which begins with, "On August 9, 2006, Pixl received …" states that the creation of a task order against Pixl's GSA contract is to target Pixl as a SDB, for replacement. ██████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

support Pixl and continue to consider them for additional work.

*Ex 5*

US Forest Service
Acquisitions Management
Agency Position Statement



Paragraph two states, "Two of these Pixl Inc.'s consultants had non-compete clauses in their

employment contracts."

EX 5.

US Forest Service
Acquisitions Management
Agency Position Statement
Case Number 2148717 (Pixl Inc)

**Explanations as to events leading up to the complaint:**



*Ex 5*

<u>Signed statements from agency personnel</u>:

 Washington Office,

 - no statement available



US Forest Service
Acquisitions Management
Agency Position Statement



| United States Department of Agriculture | Forest Service | Washington Office | 1400 Independence Ave. SW Mail Room 707 RP-E Washington, DC  20250-1138 |
| --- | --- | --- | --- |

File Code:  6320-1

Date: February 7, 2007

Subject  Pixl Inc. Program Discrimination Complaint, Case # 2148717
Contract No. AG-3187-D-06-0516 (IWEB support services)

To:  US Forest Service WO-Civil Rights Staff



/ S/

Ex 5, 6, 7(c)

| United States Department of Agriculture | Forest Service | Washington Office | 1400 Independence Ave. SW Mail Room 707 RP-E Washington, DC 20250-1138 |
| --- | --- | --- | --- |

File Code: 6320-1

Date: February 12, 2007

Subject  Pixl Inc. Program Discrimination Complaint, Case # 2148717
Contract No. AG-3187-D-06-0516 (IWEB support services)

To:  US Forest Service WO-Civil Rights Staff





2/12/07

The missing statement arrived in time for delivery.

## Laws, regulations, and guidance used:

The contracts referenced include some "boiler plate" contract clauses from the FAR. All contract administration on these two contracts has been performed in accordance with the FAR, USDA Acquisition Regulations (AGAR), and FS policy and regulations including the contract administration handbook contained in FS Handbook (FSH) 6309.11. In the case of Pixl's GSA Task Order, all terms and conditions of the GSA contract are in effect and incorporated by reference. The contractor has been advised by the current CO to submit their claims in accordance with FAR 33. Pixl's first attempt was returned with a decision by the CO that they need to follow the guidance provided in that clause. They have re-filed and the CO is currently working on a response to that revision now.

US Forest Service
Acquisitions Management
Agency Position Statement

## Statistical data or information:

Pixl Inc. did file "bid protests" with GAO. The first one, a re-consideration, and a second reconsideration. All three have been dismissed and/or denied. (See attached, Section 11).

The other four Infra contractors:



The breakdown of obligated dollars by contract is as follows:



Pixl Inc. - $825,000 (woman owned & sdb) Note: this firm was an 8(a) participant at the time the contract was awarded for work on the Infra Project. The current contract number is AG-3187-C-06-0043.

The other contract action referenced (AG-3187-D-06-0516) is a task order for a different statement of work. The value of that contract action is $100,000.

See Section 11, Central Contractor Registration (CCR)

US Forest Service
Acquisitions Management
Agency Position Statement

## Material Facts:

It is a fact that Ajay Sagar did tell the current CO that he did make payments to IRM Consulting and that he no longer wanted to make any more payments. It is a fact that Pixl Inc. has not been paid by the FS, but that is mostly because they have submitted incorrect invoices. The nature of the errors and the corrections needed are as follows: reference to wrong contract action, incorrect hours, and inadequate information to ascertain what has been worked on.

It is a fact that Pixl Inc. is one of five prime contractors working on the Infra Project. The firms are

 and Pixl Inc. These five firms furnish a total of 61 personnel who provide IT Services – primarily computer programming and software development.

Ex 5

US Forest Service
Acquisitions Management
Agency Position Statement

# MEMORANDUM TO FILE

Date:                    December 1, 2006

Complainant Name:    David Nolan, Esq., on behalf of Pixl Inc.

Complaint Number:    2148717

Investigator:

Subject:                 Partial Issue Acceptance

The Office of Civil Rights, on August 24, 2006, received a complaint letter from the above complainant, Attorney Nolan, on behalf of Pixl Inc. Mr. Nolan alleged that the Forest Service acted with discriminatory animus when it "transferred in April 2005 seven of the eleven Pixl computer engineer consultants to a non 8(a) firm" and in August 2006 changed "Pixl's 8(a) contract to a GSA Schedule contract." These actions were allegedly taken on the bases of the national origin (Asiatic Indian) and sex (female) of Pixl Inc.'s majority owner.



As requested by management, the investigator researched the regulations to confirm that contracting issues are jurisdictional. A review of Departmental Regulation 4300-006, Civil Rights Policy for the Department of Agriculture (copy attached) seemingly supports this fact. DR 4300-006, Section 3 reads as follows:

> The Department of Agriculture is committed to affording every employee and customer fair and equitable treatment without regard to race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation, or marital or family status.

Additionally, Section 3 (a) reads:

Strategic Goals. Departmental officials and agency heads will act on this commitment by taking the necessary steps to implement a viable civil rights program. To assist in translating this commitment into meaningful action, each agency head will strive to achieve the following civil rights strategic goals:

(1) Hold managers, supervisors, and other employees accountable for ensuring that USDA customers and employees are treated fairly and equitably, with dignity and respect.

(2) Ensure equal access and provide equal treatment in the delivery of USDA programs and services to customers.

(3) Eliminate under-representation in the workforce by recruiting and employing a highly skilled, competent, and diverse workforce, free of discrimination, reprisal, and sexual harassment.

(4) Provide sufficient human, fiscal, and organizational resources, and train all employees, to institute an effective civil rights program.

(5) Ensure equal opportunity to minority, women-owned, and small disadvantaged businesses in USDA procurement and contracting activities.

Accordingly, an Acceptance Letter was prepared accepting only the issue of the Forest Service changing Pixl Inc.'s 8(a) contract to a GSA Schedule contract. The Acceptance Letter also informed the complainant of the untimeliness of the issue regarding employee transfers.

U.S. DEPARTMENT OF AGRICULTURE

WASHINGTON, D.C. 20250

| DEPARTMENTAL REGULATION | NUMBER: 4300-006 |
|---|---|
| **SUBJECT:** Civil Rights Policy for the Department of Agriculture | **DATE:** June 30, 2000 **OPI:** Office of the Secretary |

# 1 PURPOSE

This regulation prescribes civil rights policy for the Department of Agriculture (USDA) and identifies civil rights strategic goals for USDA. It also requires agencies and staff offices to incorporate the goals into their strategic plans in compliance with the Government Performance and Results Act.

# 2 SPECIAL INSTRUCTIONS

Departmental Regulation 4300-6, Civil Rights Policy for the Department of Agriculture, dated March 16, 1998, is hereby revised.

Specific objectives to achieve the goals are identified in civil rights implementation plans which are referenced in the civil rights performance elements and standards for agency heads and staff office directors.

# 3 POLICY

The Department of Agriculture is committed to affording every employee and customer fair and equitable treatment without regard to race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation, or marital or family status.

a STRATEGIC GOALS. Departmental officials and agency heads will act on this commitment by taking the necessary steps to implement a viable civil rights program. To assist in translating this commitment into meaningful action, each agency head will strive to achieve the following civil rights strategic goals:

(1) Hold managers, supervisors, and other employees accountable for ensuring that USDA customers and employees are treated fairly and equitably, with dignity and respect.

(2) Ensure equal access and provide equal treatment in the delivery of USDA programs and services to all customers.

(3) Eliminate under-representation in the workforce by recruiting and employing a highly skilled, competent, and diverse workforce, free of discrimination, reprisal, and sexual harassment.

(4) Provide sufficient human, fiscal, and organizational resources, and train all employees, to institute an effective civil rights program.

(5) Ensure equal opportunity to minority, women-owned, and small and disadvantaged businesses in USDA procurement and contracting activities.

b PERFORMANCE MANAGEMENT PLANS. Civil rights performance will be evaluated as a part of the performance appraisal process of all USDA employees. A separate critical civil rights performance element will be included in the management performance plans of all supervisors.

c ACCOUNTABILITY. Department officials, managers, supervisors and other employees will be held accountable for discrimination, civil rights violations, and related misconduct. Agencies will take appropriate corrective or disciplinary action.

(1) Any final decision containing a finding of discrimination, or any settlement agreement or conciliation agreement in a claim of discrimination against USDA employees will be referred to the Agency Human Resources Management Office for appropriate action.

(2) The Department=s Office of Human Resources Management will determine appropriate action in cases in which the benefit conferred by a final decision containing a finding of discrimination, settlement agreement, or conciliation agreement involves a novel issue that has precedential or Departmentwide impact or exceeds a financial threshold to be established by the Assistant Secretary for Administration.

This policy applies to all customers and employees regardless of race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation, marital status or family status. USDA

employees, in Washington and all field offices, must commit to uphold this policy. Also, reprisal of any kind against employees or customers will not be tolerated.

ubcabinet, agency heads, managers, supervisors and other employees across the Department will be held untable for civil rights at USDA. All employees must demonstrate a commitment to equal opportunity for all.

B END B

From:

Sent:                          Thursday, December 14, 2006 8:39 AM

Subject:                       Ajay Sager Pixl Inc. Complaint

Good Morning ████ and ████

Ex 5, 6, 7(c)



To ████████████████

cc ████████████████

bcc

Subject  RE: FS Request for extension to prepare APS

01/05/2007 05:38 PM

Ms. Tousley's request for extension to February 7, 2007, was granted.
If Ms. Tousley has not received written confirmation, she will receive it
soon.

Thank you for your email.  Please let us know if you have any questions.

Branch Chief
Program Complaints Division

-----Original Message-----
From:
Sent: Wednesday, January 03, 2007 5:50 PM
To:
Subject: FS Request for extension to prepare APS

PDC #2148717
Please confirm receipt.  Thanks, ████

(See attached file: WO,Extension Pixl Incorporated.doc)

USDA, Forest Service
Civil Rights
Voice: (202) ████  FAX: (202) ████

The information in this email is confidential and may be legally
privileged. Access to this email by anyone other than the intended
addressee is unauthorized. If you are not the intended recipient of this
message, any review, disclosure, copy, distribution, or retention is
prohibited and may be unlawful. If you are not the intended recipient,
please reply to me and delete the message, any attachments and any copies
thereof from your system. Thank you.
(Embedded image moved to file: pic20718.gif)

Ex 6, 7(c)

12/21/2006 15:22 FAX 202 720 8046        USDA CR



United States
Department of
Agriculture

Office of the
Assistant Secretary
for Civil Rights

Office of
Civil Rights

1400 Independence
Avenue SW

Washington, DC
20250

DEC 21 2006

TO:    Nicole M. Tousley
       Acting Director, Civil Rights Staff
       Forest Service

FROM:  Kenneth J. Baisden, Sr.
       Chief
       Program Complaints Division

SUBJECT:  Discrimination Complaint of David Nolan, Esq., on behalf of Pixl Inc.
          Alexandria, Virginia
          Case Number: 2148717

The Office of Civil Rights has received a complaint of discrimination from the above
referenced complainant. We have accepted the complaint for investigation. The
accepted allegation(s) is/are:

> Forest Service changed Pixl Inc.'s 8(a) contract to a GSA Schedule
> contract on August 9, 2006 on the bases of the national origin (Asiatic
> Indian) and sex (female) of Pixl Inc.'s majority owner.

Please submit an Agency Position Statement (APS) to the Director, Office of Civil
Rights, within 24 calendar days of your receipt of this memorandum. The APS
constitutes the Agency's official position on the allegations made by the complainant in
the discrimination complaint. Therefore, the APS should contain, at a minimum, a
written statement summarizing the underlying, relevant facts and responding to the
complainant's allegations that is signed by an Agency official who is authorized to
provide a binding statement on behalf of the Agency. In addition, the APS should
include supporting documentation, such as:

1) Any files, notes or other documents pertaining to the *allegations* raised by the
   complainant (for instance, if the complainant is alleging denial of a loan was
   discriminatory, the loan application file should be provided by the Agency);

2) Signed statements from Agency personnel who were involved in the
   underlying events, setting forth their first-hand knowledge of facts relevant to
   the complainant's allegations;

3) Statistical data or comparative information that shows how similar requests
   for assistance, benefits or loans were handled; the data should encompass the

local office with which the complainant interacted, but could also include data at a state, regional or national level;

4) Regulations, policy guidance, standard operating procedures or any other documentation evidencing the policies or procedures on which the Agency relied or that support the Agency's position;

5) Identification of witnesses outside the Agency whom the investigator should contact; for each witness identified, please provide a full name, address, telephone number, any other contact information (*e.g.*, email address, cell phone number), and a brief description of the relevant knowledge this witness has about the complainant's allegations.

The investigator assigned to the case by the Office of Civil Rights will obtain a statement and supporting documentation from the complainant and ***may*** interview any witnesses whom the Agency or complainant might identify. **The Agency should not contact the complainant *regarding the accepted allegation(s)*.** If additional information is needed about the complainant's allegations in order to prepare a complete and thorough APS, the Agency should contact this office. The Agency, however, may request permission from the Office of Civil Rights to contact the complainant in order to discuss resolution of the underlying issues. The Office of Civil Rights supports all efforts to resolve program discrimination complaints at the earliest opportunity.

***We may proceed with our investigation after receiving the APS or if the APS is not received within 24 days of your receipt of this request.*** If you are unable to meet the 24-day timeframe for completing the APS, please contact this office to obtain an extension. In order to obtain additional information, request an extension, or discuss any matters relating to the APS, please contact ██████████████████████

Thank you for your attention to this matter.

EX 61 7(c)

12/21/2006 15:23 FAX 202 720 8046                USDA CR

DEC 21 2006

David B. Nolan, Esq.
Law Offices of David B. Nolan
8310 Wagon Wheel Road
Alexandria, Virginia 22309

Re: Pixl. Inc., Case Number 2148717

Dear Mr. Nolan:

The Office of Civil Rights has received the complaint filed on behalf of your client, Pixl Inc. Our office is responsible for processing complaints of program discrimination filed against a U.S. Department of Agriculture (USDA) agency or a recipient of Federal financial assistance from the USDA.

We have determined that the information, which you submitted on behalf of your client, constitutes a complaint over which we have jurisdiction. Your client's complaint has been accepted for processing and assigned the above case number. We have determined the issue of your client's complaint to be:

> Whether your client was discriminated against on the bases of national origin (Asiatic Indian) and sex (female), when the Forest Service changed Pixl Inc.'s 8(a) contract to a GSA Schedule contract on August 9, 2006.

Your complaint letter included information and/or allegations over which our office cannot exercise jurisdiction. Departmental regulations that give our office jurisdiction to process complaints require that a complaint be filed within 180 days of occurrence of the discriminatory event. Your issue concerning allegations of discrimination, when seven of Pixl's employees transferred to IRM Consulting in April of 2005, was not filed with our office within 180 days of the alleged discriminatory event. Therefore, that issue is untimely and will not be processed.

Although a portion of your complaint has been accepted for processing, we may dismiss your complaint any time during the course of the investigation if a further review reveals that our office lacks jurisdiction to process the allegations you raised.

We have advised the Forest Service that your client's complaint has been received. The Agency will prepare a position statement. The Agency Position Statement (APS) is a statement from the agency providing facts and explanatory

material for the events, decisions or actions alleged in your client's complaint. After we receive the APS, your client's case will be forwarded for investigation. Our investigation may include an interview with your client and the agency officials involved in the case. If you know of persons whom you believe have information that will support your client's allegations, please inform the investigator who contacts you. After an investigation has been completed, the Office of Civil Rights will issue a Final Agency Decision to you and your client.

No person shall be subject to reprisal or harassment for filing a discrimination complaint against USDA; participating in or contributing to the identification, investigation, prosecution, or resolution of civil rights violations by an agency of USDA or by a recipient of Federal financial assistance from USDA; or otherwise aiding or supporting the enforcement of civil rights laws, rules, regulations or policies applicable to USDA programs. Any individual alleging such reprisal or harassment may file a complaint with the USDA. We will investigate such allegations of reprisal or harassment.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. If we receive such a request, we will seek to protect, to the extent provided by law, personal information that, if released, could constitute an unwarranted invasion of privacy.

If you have any questions, please contact our Customer Service Unit at (866) 632-9992 (toll free), (202) 260-1026, or (202) 401-0216 (TDD).

Sincerely yours,

Kenneth J. Baisden, Sr.
Chief
Program Complaints Division


cc:    Ms. Archana Sager
       Pixl Inc.
       10201 Lee Highway
       Suite 530
       Fairfax, Virginia 22030-3135

CR\PCD▬▬▬NolanDavid:11/14/06:11/27/06:12/19/06

12/21/2006 15:24 FAX 202 720 8046    USDA CR

# OCR/PCD/INTAKE

## INTEROFFICE CORRESPONDENCE

Name of correspondent: *Peter McClintock on behalf of Pixl Inc.*

Correspondent in PCTS?

YES ☐  CASE # *2148717*

☒ *Scan as new*

**COMMENTS:**

*OIG/ Forest Service Complaint*

| ASSIGNED TO: | ████████████ | DATE: *9-5-06* |
|---|---|---|

**INSTRUCTIONS:**

*EX 6, 7(c)*

12/21/2006 15:24 FAX 202 720 8046          USDA CR

# Law Offices of David B Nolan

8310 Wagon Wheel Road
Alexandria, VA 22309
(O) 703-780-1864
(Fx) 703-780-1434

August 14, 2006

Peter McClintock
Acting Inspector General
Small Business Administration
409 3rd Street, S.W.
Washington, D.C. 20416
(FX) 202-205-7382

Re:    Inspector General Complaint and Request for EEO Counseling regarding
       Prohibited Discrimination on the Basis of Color

Dear Mr. McClintock:

On behalf of my legal client, Pixl Inc., I hereby complain that that the U.S. Forest Service
improperly transferred in April 2005 seven of the eleven Pixl computer engineer
consultants to a non 8(a) firm that was also a prime contractor on the INFRA Project. We
request that your office investigate this waste, fraud and abuse since SBA regulations
prevent such disparate impact upon a small and disadvantaged firm in favoritism to a non
8(a) firm, IRM Consulting, which placed six of the seven Pixl engineers on its payroll.

There were no contract modifications to allow such change.   Two of these Pixl, Inc.
consultants had non-compete clauses in their employment contracts. Pixl Inc. is 75%
owned by Archanna Sagar, a foreign born Asiatic Indian woman.

Five of the seven improperly transferred engineers are minority and/or persons of color.
Pixl Inc. is 100% minority owned by an Indian wife and her husband, Ajay Sagar.   But
for their ethnicity, their 8(a) firm and its contractors would not have been targeted for
disparate treatment.   After the unannounced and sudden mid-fiscal year transfer of the
seven individuals by USDA/Forest Service Contracting Officer Representative Daryl
Herman, Pixl's slots were removed for the INFRA project and approximately $400,000
was de-obligated from PIXL as a prime on the INFRA project.

In apparent reprisal for PIXL raising this SBA violation to the INFRA Contracting
Officer, Robert Jaeger and alerting SBA that IRM Consulting, Inc. was improperly
holding itself out as an 8(a) firm on the GSA Schedule, Forest Service officials Ron
Wester and Ronald E. Hooper appear to be attempting to expunge Pixl Inc completely as
a prime contractor on the INFRA Project for the next fiscal year option.

On August 9, 2006, Pixl received Task Order AG-3187-D-0516 dated 8/2/06 which
moves Pixl's 8(a) contract to a GSA Schedule contract. The Contract No. provided in

section 2 is Pixl's GSA FSC IT 70 Contract Number. ITEM No. 0001, states "This task order replaces the prior orders: 53-3187-4-6006/43-3187-41017, AG-3187-P-05-0201." The obvious explanation for this change is to target Pixl Inc. as a small and disadvantage firm for replacement.

I request that, at minimum, your office transfer this complaint to the Inspector General of the U.S. Department of Agriculture for investigation and a report back to the SBA. I attach correspondence from IRM Consulting possible showing further irregularities allowed by the Forest Service.

I also request that the USDA Assistant Secretary for Civil Rights or the USDA Director of Civil Rights appoint an EEO counselor to investigate the above matters since USDA federal employees appear again to be involved in prohibited discrimination concerning disparate treatment and disparate impact against minorities and people of color. The Director of OSDBU for USDA should also review the matters raised herein for consistency with USDA policies and procedures to protect 8(a) minority owned businesses from prohibited discrimination.

Thank you for your prompt attention.

Sincerely,

David B. Nolan, Esq.

C:    Hon. Frank Wolf
      Heidi Smith, Office of Cabinet Liaison, White House
      Mike Johanns, Secretary of Agriculture
      Dale Busworth, Chief U.S. Forest Service
      Hank Kashdan, Deputy Chief of U.S. Forest Service
      Assistant Secretary, Civil Rights, USDA
      Director, Office of Civil Rights, USDA
      Director, OSDBU, USDA

12/21/2006 15:24 FAX 202 720 8046    USDA CR

## ORDER FOR SUPPLIES OR SERVICES

PAGE OF PA

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. (if any) |
|---|---|
| | AG-15P-0251K |

| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO |
|---|---|
| AG-P16-D-06-0516 | 43795 |

5. ISSUING OFFICE (Address correspondence to)
USDA FOREST SERVICE
201 14TH ST    INDEPENDENCE AVE. SW
P. O. BOX 96090
WASHINGTON DC 20090-6090

6. SHIP TO:

a. NAME OF CONSIGNEE
USDA FSA

b. STREET ADDRESS
1621 N KENT STREET    ROOM 207
ARLINGTON VA  22209

| c. CITY | d. STATE | e. ZIP |
|---|---|---|
| ARLINGTON | VA | 2209 |

f. SHIP VIA

7. TO:
a. NAME OF CONTRACTOR
PIXL INC.

b. COMPANY NAME

c. STREET ADDRESS
P. O. BOX 23050

S41770502 A

8. TYPE OF ORDER

☐ a PURCHASE
REFERENCE YOUR

X ☑ b DELIVERY
Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above numbered contract.

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any including delivery as indicated.

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| JEFFERSONVILLE | VA | 21020 |

9. ACCOUNTING AND APPROPRIATION DATA
See Schedule

10. REQUISITIONING OFFICE
KLEINBERG, JENNIE

11. BUSINESS CLASSIFICATION (Check appropriate box(es))

| ☐ a SMALL | ☐ b OTHER THAN SMALL | ☑ c DISADVANTAGED | ☐ g SERVICE DISABLED VETERAN OWNED |
| ☐ d WOMEN-OWNED | ☐ e HUBZone | ☐ f EMERGING SMALL BUSINESS | |

12. F.O.B. POINT
Destination

| 13. PLACE OF | | 14. GOVERNMENT B/L NO | 15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date) | 16. DISCOUNT TERMS |
|---|---|---|---|---|
| a. INSPECTION | b. ACCEPTANCE | | 09/30/2007 | |
| Destination | Destination | | | |

17. SCHEDULE (See reverse for Rejections)

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACC (g) |
|---|---|---|---|---|---|---|
| | Tax ID Number: Not Available DUNS Number: Not Available Task Order for Pixl Inc in support of INFRA Acc. AG-3187 P 25 0201 & 43 3187 4 1017 Accounting Info: 11 ZZ.ZZ.ZZZZZZ.1324.ZZ.ZZZZZZZ.ZZ.ZZZZZZZZZ Continued | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | |
|---|---|---|---|---|

21. MAIL INVOICE TO:

a. NAME
USDA FOREST SERVICE

SEE BILLING INSTRUCTIONS ON REVERSE

b. STREET ADDRESS (or P.O. Box)
201 14TH ST. & INDEPENDENCE AVE. SW
P.O. BOX 96090

$100,000.00

| c. CITY | d. STATE | e. ZIP CODE | $100,000.00 |
|---|---|---|---|
| WASHINGTON | DC | 20090-6090 | |

22. UNITED STATES OF AMERICA
(Signature)

*Robert D. Jaeger*

23. NAME (Typed)
ROBERT D. JAEGER
TITLE: CONTRACTING/ORDERING OFFICER

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 347
Prescribed by GSA FAR (48 CFR)

12/21/2006 15:24 FAX 202 720 8046          USDA CR

| ORDER FOR SUPPLIES OR SERVICES | | | | | | PAGE OF PAGES | |
|---|---|---|---|---|---|---|---|
| SCHEDULE - CONTINUATION | | | | | | 2 | 2 |

IMPORTANT: Mark all packages and papers with contract and/or order numbers

| DATE OF ORDER | CONTRACT NO | | | | | ORDER NO | |
|---|---|---|---|---|---|---|---|
| 07/13/2006 | GS-25F-0251K | | | | | AG-3187-D-06-0516 | |

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) | QUAN ACCEP (G) |
|---|---|---|---|---|---|---|
| | .2540.ZZ.NFTM2406.ZZZZ Agency Code (2): 11 Program Code (9): ZZZZZZZZ BOC: 2540 Sub BOC (2): ZZ Cost Org (7): ZZZZZZZ Job Code (9): NFTM2406 Sub Cost Org (2): ZZ Budget Yr Start (2): ZZ Budget Yr End (2): ZZ Fund Yr (6): ZZZZZZ Budget Org (7): 1324 Sub Budget Org (2): ZZ Report Category (4): ZZZZ Period of Performance: 07/01/2006 to 09/13/2007 | | | | | |
| 0001 | Task Order for Pixl Inc for IWEB Dev/TIM Development. This task order replaces the prior orders 53-3187-4-6006/43-3187-4-1017 AG-3187-E-05-020. Product/Service Code: R707 Product/Service Description: CONTRACT, PROCUREMENT, AND ACQUISITION SUPPORT SERVICES | 100000 | DO | 1.00 | 100,000.00 | |
| | Total amount of award: $100,000.00. The obligation for this award is shown in box 17(h) | | | | | |

TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H))

NSN 7540-01-152-8082                    50140-101                    OPTIONAL FORM 348 (Rev. 4/06)

12/21/2006 15:25 FAX 202 720 8046       USDA CR       Ø010

fficer

| | |
|---|---|
| **From:** | John M Graney [jgraney@fs.fed.us] |
| **Sent:** | Monday, April 25, 2005 3:04 PM |
| **To:** | Thompson Grant; Gary Petrakes; Mohammad Z Amir; Anil Akula; Bill Burtt; Stephen M Brose |
| **Cc:** | IRM; officer; Jennie Kleinberg |
| **Subject:** | switch from pixl back to IRM |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

I've talked with tab and acquisitions about re-installing you back to IRM starting with June 1st billable hours.  For June you'll be filling out the IRM timesheet and ila will get you directions for setting up the travel reports.  Any questions/concerns, let me know.  Looking forward to having you back!  thanks.....

John Graney
Infra
(703)605-4728

**officer**

**From:** ████████████████

**Sent:** Saturday, August 06, 2005 5:24 PM

**To:** officer

**Cc:** ████████████████

**Subject:** Teaming Agreement Dispute

please read the attached document...

*Ex 6, 7(c)*



Ex 6,7c



Ex 6.7c

**officer**

| | |
|---|---|
| From: | |
| Sent: | Monday, June 13, 2005 3:27 PM |
| To: | officer |
| Subject: | breach of contract |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |





"GARRETT, MARK"
<MARK.GARRETT@OGC.U
SDA.GOV>

02/01/2007 05:08 PM

To  "Ronald Wester" <rwester@fs.fed.us>, "Robert Jaeger"
    <rjaeger@fs.fed.us>, "Teresa A Wilks" <twilks@fs.fed.us>

cc

bcc

Subject  RE: PIXL MTG. w/OGC - THURSDAY

The Pixl reconsideration at B-299153.002 also was denied by GAO.

# Case Information

**File Number:** B-299153.002

| Filed Date | Case Type | GAO Attorney | Date Decided | Outcome |
|---|---|---|---|---|
| 28 Dec 2006 | PROTEST - RECONSIDERATION | JEROLD COHEN | 04 Jan 2007 | RECON: AFFIRMED (RECON DENIED) |

```
Mark G. Garrett
Attorney-Advisor
United States Department of Agriculture
Office of the General Counsel - General Law Division
1400 Independence Ave., S.W.
Room 3311, South Building
Washington, D.C.  20250-1415

202-720-9183
202-720-5837 (Fax)
mark.garrett@ogc.usda.gov

-----Original Message-----
From: Ronald Wester [mailto:rwester@fs.fed.us]
Sent: Thursday, February 01, 2007 12:42 PM
To: Robert Jaeger; Teresa A Wilks; GARRETT, MARK
Subject: Fw: PIXL MTG. w/OGC - THURSDAY
Importance: High

*** Body Not Included ***
```



Specialist

Small Business Administration (SBA)
Washington Metropolitan Area District Office
740 15th Street, N.W., 3rd Floor
Washington, DC 20005
Phone
Fax:

Ex 6, 7(c)

| # | Pixl Damages as of 06/25/07 | Amount | Breakdown Amounts (for deails - see Notes) | |
|---|---|---|---|---|
| 1 | Legal expenses | 195,566.21 | | |
| | **Lost Profit:** | | Infra - Lost Profit - Principal | $1,021,037.84 |
| 2 | Lost profit - Infra (FY 05 - Contract # 53-3187-4-6006/ Task Order # 43-3187-4-1017) Project 7 labor categories transfer from 6/1/05 to 09/30/05 | 129,198.86 | Infra - Interest on Lost Profit | $65,471.94 |
| 3 | Lost profit - Infra (FY 06 - Contract # 53-3187-4-6006/ Task Order # 43-3187-4-1017, Task Order # AG-3187-C-0043, Task Order # AG-3187-D-06-0516) Project 7 labor categories transfer from 10/1/05 to 9/30/06 | 410,627.58 | **INFRA - Total Lost Profit** | $1,086,509.79 |
| 4 | Lost profit - Infra (FY 07 - Task Order # AG-3187-C-06-0043) Project 7 labor categories transfer from 10/1/06 to 5/31/07 | 281,244.90 | | |
| 5 | Lost Profit - Infra (Contract # 53-3187-0-02/ Task Order # 43-3187-0-0059) Lead Consultant labor category from 6/1/01 - 5/31/07 | 199,966.50 | WFRP (Fisheries) - Lost Profit - Principal | 120,117.92 |
| 6 | Lost profit - WFRP (Fisheries - Task Order # AG-3187-P-05-0082, AG-3187-P-05-0288) Project from 9/1/05 - 5/31/07 | 120,117.92 | WFRP (Fisheries) - Interest on Lost Profit | 5,655.01 |
| | **Interest on Lost Profit:** | | **WFRP (Fisheries) - Total Lost Profit** | 125,772.93 |
| 7 | Interest on Lost profit - Infra (FY 05 - Contract # 53-3187-4-6006/ Task Order # 43-3187-4-1017) Project 7 labor categories transfer from 6/1/05 to 09/30/05 | 13,752.67 | | |
| 8 | Interest on Lost profit - Infra (FY 06 - Contract # 53-3187-4-6006/ Task Order # 43-3187-4-1017, Task Order # AG-3187-C-0043, Task Order # AG-3187-D-06-0516) Project 7 labor categories transfer from 10/1/05 to 5/31/07 | 34,190.69 | Unpaid Invoices - Principal | $185,021.61 |

| | | | | |
|---|---|---|---|---|
| 9 | Interest on Lost Profit - Infra (Contract # 53-3187-0-02/ Task Order # 43-3187-0-0059) Lead Consultant labor category from 6/1/01 - 5/31/07 | 17,528.59 | Unpaid Invoices - Interest | $23,982.15 |
| 10 | Interest on Lost profit - WFRP (Fisheries - Task Order # AG-3187-P-05-0082, AG-3187-P-05-0288) Project from 9/1/05 - 5/31/07 | 5,655.01 | Total $ | $209,003.76 |
| | | | | |
| 11 | On going failure to pay interest on late payments - Infra Project - Infra Project | 16,514.26 | | |
| 12 | Difference between 2% and 5% G&A | 126,911.85 | | |
| | | | | |
| | **Subtotal** | **1,551,275.04** | | |
| | | | | |
| | **Unpaid invoices:** | | | |
| 13 | Infra unpaid invoices - Principal | 67,776.53 | | |
| 14 | Infra unpaid invoices - Interest as of date mentioned above | 6,924.72 | | |
| 15 | ATSES project unpaid invoices - Principal | 0.06 | | |
| 16 | ATSES project unpaid invoices - Interest as of date mentioned above | 12,810.87 | | |
| 15T | Tivoli project unpaid invoices - Principal | 0.00 | | |
| 16T | Tivoli project unpaid invoices - Interest | 1,076.25 | | |
| 15F | Fisheries project unpaid invoices - Principal | 777.36 | | |
| 16F | Fisheries project unpaid invoices - Interest | 58.29 | | |
| | | | | |
| | **Difference between FY07, FY06 rates** | | | |
| 17 | Difference between FY07, FY06 rates - Principal | 42,816.93 | | |
| 18 | Difference between FY07, FY06 rates - Interest as of date mentioned above | 619.42 | | |
| | | | | |
| | **Payment made ILLEGALLY TO GSA schedule instead of 8(a)** | | | |
| | | | | |
| 19 | Infra - Payment made ILLEGALLY TO GSA schedule instead of 8(a) - Principal | 73,650.73 | | |
| 20 | Infra - Payment made ILLEGALLY TO GSA schedule instead of 8(a) - Interest | 2,492.60 | | |
| | | | | |
| 21 | Pixl not allowed to back fill positions - Infra (FY 00 - FY 07 - Contract # 53-3187-4-6006/ Task Order # 43-3187-4-1017 and others) | 2,159,296.91 | | |
| | | | | |
| 22 | Forest Service denial of Pixl's Project share (50%+1 position) - Infra (FY 00 - March FY 07 - Contract # 53-3187-4-6006/ Task Order # 43-3187-4-1017  and others) | 1,753,164.31 | | |
| | | | | |
| | Pixl not allowed to back fill positions - ATSES Project (FY 05 - FY 07 - Contract # 53-3187-4-6006/ | | | |

| | | |
|---|---|---:|
| 23 | Task Order # 43-3187-5-6001, AG-3187-C-06-0015, AG-7604-C-07-0005) | 116,895.04 |
| | | |
| 24 | 24 - On going failure to pay interest on late payments - ATSES Project | 6,857.69 |
| | | |
| 25 | 25 - On going failure to pay interest on late payments - FISHERIES Project | 562.30 |
| | | |
| 26 | 26 - On going failure to pay interest on late payments - TIVOLI Project | 303.86 |
| | | |
| | **Grand Total** | **5,797,358.92** |
| | | |
| | **Notes** | |
| 1 | On many occassions, Forest Service staff have over written the invoices that have been issued by Pixl Inc. | |
| 2 | Item 2 expenses are continuing | |
| 3 | Infra - Lost Profit - Principal = # 2+3+4+5 | |
| 4 | Infra - Interest on Lost Profit = # 7+8+9 | |
| 5 | WFRP (Fisheries) - Lost Profit - Principal = #6 | |
| 6 | WFRP (Fisheries) - Interest on Lost Profit = #10 | |
| 7 | Unpaid Invoices - Principal = #13+15+15T+15F+17+19 | |
| 8 | Unpaid Invoices - Interest = #14+16+16T+16F+18+20 | |

## CERTIFICATION

**I AJAY SAGAR, VICE PRESIDENT OF PIXL INC. HEREBY CERTIFY** that the Pixl Damages is prepared in good faith; that the supporting data are accurate and supporting documents are true and correct copies of originals to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustments which I believe USDA Forest Services is liable, and that I am duly authorized to certify the claim on behalf of Pixl, Inc.

June 25, 2007                    Vice President                    _____
**Date**                              **Title**                                      **Signature**

**History of Unpaid Invoices from USDA Forest Service to Pixl Inc. until 6/25/07**

| Date | Unpaid Amount ($) |
|---|---|
| 9/30/2006 | 473,350.16 |
| 10/12/2006 | 235,578.13 |
| 11/14/2006 | 328,486.20 |
| 11/20/2006 | 328,781.38 |
| 11/24/2006 | 401,844.49 |
| 12/4/2006 | 530,682.50 |
| 12/31/2006 | 347,799.44 |
| 1/16/2007 | 417,795.87 |
| 1/25/2007 | 453,041.52 |
| 2/2/2007 | 351,660.55 |
| 2/8/2007 | $451,741.28 |
| 2/13/2007 | $354,882.39 |
| 2/21/2007 | $355,112.56 |
| 3/1/2007 | $488,939.25 |
| 3/12/2007 | $404,002.75 |
| 3/26/2007 | $343,893.49 |
| 4/4/2007 | $344,370.60 |
| 5/16/2007 | $212,951.56 |
| 6/25/2007 | 209,003.76 |



Unpaid Amount ($)

**History of Forest Service denial of Pixl's Project share (50%+1 position) - Infra (FY 00 - FY 07 - Contract # 53-3187-4-6006/ Task Order # 43-3187-4-1017 and others related)**



| Fiscal Year or Dates | Positions Denied |
|---|---|
| 9/30/2000 | 3 |
| 9/30/2001 | 5 |
| 9/30/2002 | 8 |
| 9/30/2003 | 8 |
| 9/30/2004 | 12 |
| 4/30/2005 | 20 |
| 5/31/2005 | 25 |
| 6/30/2005 | 26 |
| 10/31/2005 | 27 |
| 9/30/2006 | 28 |
| 6/25/2007 | 29 |

**History of Forest Service denial of Pixl's ATSES Project (#s 43-3187-5-6001 and related) positions**



| Fiscal Year or Dates | Total Positions Denial |
|---|---|
| 9/30/2003 | 0 |
| 9/30/2004 | 0 |
| 9/30/2005 | 1 |
| 9/30/2006 | 2 |
| 6/25/2007 | 5 |



| | | | |
|---|---|---|---|
| **United States Department of Agriculture** | **Forest Service** | **Washington Office** | **14th & Independence SW P.O. Box 96090 Washington, DC  20090-6090** |

**File Code:** 6320                              **Date:** June 20, 2007

**Route To:**

**Subject:** Solicitation Number AG-3187-S-07-0005, I-Web Technical Services and Support

**To:** Veterans Enterprise Technology Solutions, Inc.
367 Triple C Drive
Clarksville, VA  23927

Reference your proposal for Solicitation Number AG-3187-S-07-0005, I-Web Technical Services. Award has not yet been made; however, your proposal was not ranked sufficiently high enough to be considered for award, and is not within the competitive range.  No further modification to your proposal will be considered.  See page 24 & 25, M.2 Evaluation Procedures and Basis for Award of the solicitation.

Your proposal overall was found to be marginal.

When award is made, we will provide you with the award information required by FAR 15.503.  In addition, as stated in FAR 15.505, you may request a preaward debriefing by submitting a written request for debriefing to me within three days after receipt of this notice.

If you have any questions, do not hesitate to contact me at bbenninghoff@fs.fed.us or 406-329-3794. Thank you for your interest in this project.

/s/Barbara Benninghoff
BARBARA BENNINGHOFF
Contracting Officer

Cc:      jmoody@vets-inc.com



**Caring for the Land and Serving People**

Printed on Recycled Paper 

6 – False USDA Forest Service Mail and Wire Communications

**FRANK R. WOLF**
    10TH DISTRICT, VIRGINIA

**COMMITTEE ON APPROPRIATIONS**

SUBCOMMITTEES:

CHAIRMAN—STATE-STATE-JUSTICE-
COMMERCE

TRANSPORTATION-TREASURY-HUD-
JUDICIARY-DISTRICT OF COLUMBIA

CO-CHAIR—CONGRESSIONAL
HUMAN RIGHTS CAUCUS



# Congress of the United States
## House of Representatives

August 15, 2005

241 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–4610
(202) 225–5136

13873 PARK CENTER ROAD
SUITE 130
HERNDON, VA 20171
(703) 709–5800
(800) 945–9853 (IN STATE)

110 NORTH CAMERON STREET
WINCHESTER, VA 22601
(540) 667–0990
(800) 850–3463 (IN STATE)

www.house.gov/wolf

Mr. Ajay Sagar
10201 Lee Highway
Suite 530
Fairfax VA 22030

Dear Mr. Sagar:

I am enclosing the response to my inquiry on your behalf to the USDA Forest Service. I hope that this reply answers all your questions.

Please review the information provided, and if you have additional questions or require further assistance, feel free to contact me.

With kind regards,

Sincerely,

Frank R. Wolf
Member of Congress

FRW:jsm

Enclosure

THIS STATIONERY PRINTED ON PAPER MADE OF RECYCLED FIBERS



| United States Department of Agriculture | Forest Service | Washington Office | 1400 Independence Avenue, SW Washington, DC 20250 |

**File Code:** 1510/6320
**Date:**

AUG 1 1 2005

AUG 1 5 2005

The Honorable Frank R. Wolf
U.S. House of Representatives
13873 Park Center Road
Suite 130
Herndon, VA 20171

Dear Representative Wolf:

Thank you for your June 23, 2005, letter asking us to review a matter at the request of your constituent Ajay Sagar and Archana Sagar, owners of the Information Technology firm Pixl. Enclosed please find our response to specific issues raised by Mr. Sagar.

Pixl Software Services Solutions and IRM Consulting Group, Inc. are prime contractors (vendors) on the USDA Forest Service's INFRA project. The project is managed by the Forest Service INFRA Program Manager or the Assistant INFRA Program Manager, the Contracting Officer's Representative. Pixl's contract has not been considered for termination. The Forest Service manages the contract with the vendors but is not involved in negotiations between vendors and their individual consultants, who are free to work for any vendor they choose. The Forest Service follows GSA regulations for pay rates and labor categories. John M. Graney of IRM Consulting Group, Inc. is the on-site consultant lead for the INFRA Program, but all monthly invoices are closely reviewed by the Contracting Officer Representative before submission to the Contracting Officer.

If we can be of further assistance, please do not hesitate to contact Robert Jaeger at (703) 605-4744.

Sincerely,

RONALD E. HOOPER
Director, Acquisition
Management

Enclosure



**Caring for the Land and Serving People**

Printed on Recycled Paper 

# INFRA's RESPONSE
# TO CONGRESSMAN FRANK WOLF

**Statement A:**
"IRM Consulting Group, Inc. (IRM) is another prime contractor on the INFRA project. John (owner of IRM) has always practiced a policy of suppression. He always restricted our access to the government Program Manager; we were not allowed to talk to him directly."

**Response:**
IRM does not act as a filter to individual Vendor access to the Forest Service INFRA Program Manager or the Assistant INFRA Program Manager who is also the Contracting Officer's Representative (COR) on the INFRA Program. Pixil is free to contact either individual directly in person, on the phone, or via email.

**Statement B:**
"We have always been under a constant threat that if we did not do exactly what John wanted, we would be terminated.

**Response:**
The Government, meaning the INFRA Program Manager, the COR, and the Contracting Officer, have not now nor in the past considered the termination of the Pixil Contract.

**Statement C:**
"John has also always interfered with how much our employees/ consultants had to be paid, when and how much raise they should be given etc."

**Response:**
As the Program Manager and Assistant Program Manager, hallway type conversations between consultants have come to our attention. The consultants have asked their counterparts, who are working in similar positions, questions about gross pay and benefits. We have not been part of these conversations.

Individual consultants are free to question their employers (Vendors) about their rate of pay. The Forest Service does not enter into these discussions and is generally not aware they are taking place. The pay rate used by the Forest Service is based upon GSA labor categories.

**Statement D:**
"Recently, John forced most of our consultants/ employees to switch over to his company. They were threatened that they would be terminated from this project if they did not follow orders."

**Response:**
As discussed in the Response to Statement C., conversations between consultants resulted in their independent desire to seek more pay (a greater share of what the Government pays the Vendor for their services) or to work for a different Vendor.

Vendors for the INFRA Program are viewed as suppliers of expert consultants. Individual consultants are evaluated constantly for their performance. Much of this evaluation is through their peer groups. Thus, individuals may only be terminated by the Program Manager through the COR and the Contracting Officer (CO) once the Program Manager is made aware of less than acceptable performance. The Forest Service's desire is to retain consultants with knowledge of the INFRA Project, expert skills in the use of commercial software products for IT development, and proven ability to perform in a fast paced high pressure environment. The individual consultant is considered to be the important asset to the Government (INFRA Program), while the Vendor is simply seen as the supplier of consultants.

Statement E:
"One of our consultants asked the government program manager if he could remain with Pixil. His request was denied and he was told to go to IRM."

Response:
The INFRA Program Manager and the COR have not been part of the conversations between consultants and Vendors. The INFRA Program Manager, when approached by a consultant who had earlier switched to IRM from Pixil and was considering returning to Pixil, responded "if you wish to stay w/ pixil, you need to inform irm consulting to submit a modification to the fs that removes you from its list of contractors". The "move" or "not to move" decision to another Vendor has always rested with the individual consultant.

Statement F:
"As far as the switching of our consultants/ employees is concerned, no one in the government has informed us formally that this switch is being made."

Response:
As the events have occurred, proposals from the Vendors that include employees who work for one company and who are switching to another company have been presented to the Contracting Officer by the COR.

Statement G:
"There is a clear-cut case of conflict of interest. John is working on-site in a lead position. He signs everyone's time sheets including consultants from other companies such as ours."

Response:
John is the on-site consultant lead for the INFRA Program. Working with the Program Manager, he directs the IT development environment. In this position, he makes determinations with the concurrence of the INFRA Program Manager on the use of human resources in the accomplishment of specific tasks. John does initial many of the time sheets for consultants, although he does not see all of them. The INFRA Program Manager or the COR signs a portion the time sheets. All monthly invoices, with hours listed for each individual consultant by the Vendor, are closely reviewed by the COR before he signs and then submits them to the CO.

Case 1:07-cv-01150-RCL    Document 1-8    Filed 06/27/2007    Page 6 of 22

Statement H:
"Invoices for the project are handled by a person who works for him. He knows
everyone's rates. He is in charge of making hiring decisions for the INFRA project. All
resumes for filling potential INFRA position go to John."

Response:
The person who handles invoices directly works for the Assistant INFRA Program
Manager who is also the COR. This person is employed as a consultant through IRM
and does not report to IRM. This person treats rates paid to Vendors for consultants/
employees as restricted information. John is not in charge of hiring decisions. All
hiring decisions result from peer group interview and/or resume review
recommendations to the INFRA Program Manager. Resumes come to the INFRA
Program Manager or COR.

TAH YANG                          DARYL HERMAN
Infra Program Manager             Assistant Infra Program Manager
August 1, 2005                    August 1, 2005

**FRANK R. WOLF**
10TH DISTRICT, VIRGINIA

COMMITTEE ON APPROPRIATIONS

SUBCOMMITTEES:

CHAIRMAN—SCIENCE-STATE-JUSTICE-
COMMERCE

TRANSPORTATION-TREASURY-HUD-
JUDICIARY-DISTRICT OF COLUMBIA

CO-CHAIR—CONGRESSIONAL
HUMAN RIGHTS CAUCUS



241 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-4610
(202) 225-5136

13873 PARK CENTER ROAD
SUITE 130
HERNDON, VA 20171
(703) 709-5800
(800) 945-9653 (IN STATE)

110 NORTH CAMERON STREET
WINCHESTER, VA 22601
(540) 667-0990
(800) 850-3463 (IN STATE)

www.house.gov/wolf

# Congress of the United States
## House of Representatives

March 1, 2007

Mr. Ajay Sagar
5423 Sequoia Farms Dr
Centreville VA 20120

Dear Mr. Sagar:

I am enclosing the response to my inquiry on your behalf to Pixl Inc. I hope that this reply answers all your questions.

Please review the information provided, and if you have additional questions or require further assistance, feel free to contact me.

With kind regards,

Sincerely,

Frank R. Wolf
Member of Congress

FRW:DOI

Enclosure

 **United States Department of Agriculture** | **Forest Service** | **Washington Office** | 1400 Independence Avenue, SW Washington, DC 20250

File Code: 6320
Date: FEB 26 2007

The Honorable Frank R. Wolf
U.S. House of Representatives
13873 Park Center Road
Suite 130
Herndon, VA 20171

MAR 0 1 2007

Dear Congressman Wolf:

Thank you for your letter of January 25, 2007, regarding your constituent Ajay Sagar of Pixl Inc.

The invoice total and question of interest in the amount of $530,000.00 can not, after numerous reviews of the payment history, be substantiated by this office. Pixl Incl. has a long history of incorrect invoice submission with this office. Only after corrections are made to invoices submitted can they be sent to the National Finance Center for payment. We continue to work with representatives of Pixl Inc. to make these corrections and process payments.

As to ongoing investigations, the US Department of Agriculture (USDA) Office of Inspector General conducted an investigation and found no evidence to substantiate allegations made by representatives of Pixl Inc. The Forest Service investigation is ongoing so I am not at liberty to comment on that particular activity at this time. The USDA Assistant Secretary for Civil Rights investigation is something I am not familiar with nor privy to so I cannot comment on that activity.

If you need further assistance, please contact Ron Wester of my staff at 703-605-4665.

Sincerely,

RONALD E. HOOPER
Director, Acquisition Management

cc: Robert Jaeger

**Caring for the Land and Serving People**          Printed on Recycled Paper

U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, DC 20515-4610

**PUBLIC DOCUMENT**

OFFICIAL BUSINESS

20120+3320 R002

Frank Wolf

M.C.

JOHN WARNER
VIRGINIA

COMMITTEES:
ARMED SERVICES
ENVIRONMENT AND PUBLIC WORKS
SELECT COMMITTEE ON INTELLIGENCE
HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS

# United States Senate

225 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510-4601
(202) 224-2023
http://warner.senate.gov

CONSTITUENT SERVICE OFFICES:

4900 WORLD TRADE CENTER
101 WEST MAIN STREET
NORFOLK, VA 23510-1690
(757) 441-3079

5309 COMMONWEALTH CENTRE
PARKWAY
MIDLOTHIAN, VA 23112
(804) 739-0247

235 FEDERAL BUILDING
P.O. BOX 887
ABINGDON, VA 24212-0887
(276) 628-8158

1003 FIRST UNION BANK BUILDING
213 SOUTH JEFFERSON STREET
ROANOKE, VA 24011-1714
(540) 857-2676

March 8, 2007

Ms. Archana Sagar
President
PIXL Inc
P.O. Box 230505
Centreville, Virginia 20120-0505

Dear Ms. Sagar:

Please find enclosed the response from the Forest Service in reference to my inquiry on your behalf. I hope that the information provided will be helpful and responsive to your specific concerns.

With kind regards, I am

Sincerely,

John Warner

JW/ap

Enclosure(s)

 **United States Department of Agriculture**    **Forest Service**    **Washington Office**    1400 Independence Avenue, SW Washington, DC 20250

---

**File Code:** 6320
**Date:** March 6, 2007

The Honorable John Warner
United States Senate
5309 Commonwealth Centre Parkway
Suite 401
Midlothian, VA 23112

Dear Senator Warner:

Thank you for your verbal request for an update on behalf of your constituent Mr. Ajay Sagar regarding a status report on his invoices.

As of this date, there are no outstanding invoices that we can verify as unpaid. We will continue to monitor his invoices to ensure payments are made within the scope of the Prompt Payment Act.

We appreciate your interest in this matter. Should you have any questions, please contact Ronald Wester of my staff at (703) 605-4665.

Sincerely,

*/s/ Ronald E. Hooper*
RONALD E. HOOPER
Director, Acquisition Management

cc: Ronald Wester

**Caring for the Land and Serving People**

Printed on Recycled Paper

**FRANK R. WOLF**
10TH DISTRICT, VIRGINIA

COMMITTEE ON APPROPRIATIONS

SUBCOMMITTEES:

RANKING MEMBER—STATE-FOREIGN
OPERATIONS

TRANSPORTATION-HUD

CO-CHAIR—CONGRESSIONAL
HUMAN RIGHTS CAUCUS



# Congress of the United States
## House of Representatives

March 28, 2007

241 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-4610
(202) 225-5136

13873 PARK CENTER ROAD
SUITE 130
HERNDON, VA 20171
(703) 709-5800
(800) 945-9653 (IN STATE)

110 NORTH CAMERON STREET
WINCHESTER, VA 22601
(540) 667-0990
(800) 850-3463 (IN STATE)

wolf.house.gov

Mr. Ajay Sagar
10201 Lee Highway
Suite 530
Fairfax VA 22030

Dear Mr. Sagar:

I am enclosing an interim response from USDA in answer to the inquiry I initiated on your behalf.

Please be assured that as soon as I receive further information, I will forward it to you. In the meantime, if you have additional questions or concerns, please do not hesitate to contact me, or my staff assistant, Judy McCary, at my Herndon office.

With best regards,

Sincerely,



Frank R. Wolf
Member of Congress

FRW:DOI

Enclosure(s)

THIS STATIONERY PRINTED ON PAPER MADE OF RECYCLED FIBERS

MAR 2 6 2007

 **USDA** **United States Department of Agriculture** | **Forest Service** | **Washington Office** | **1400 Independence Avenue, SW**
**Washington, DC 20250**

**File Code:** 6320
**Date:** MAR 2 1 2007

The Honorable Frank R. Wolf
U.S. House of Representatives
13873 Park Center Road, Suite 130
Herndon, VA 20171

Attention: Judy McCary

Dear Congressman Wolf:

Thank you for your letter of February 1, 2007, on behalf of your constituent Mr. Ajay Sagar regarding invoice issues. I apologize for the delayed response.

The documentation from Pixl regarding lost profit and interest on lost profit is subject to a dispute resolution. The lines of information submitted from Pixl as a claim are still under review. According to our records, all invoices received were processed and paid for work completed. We will continue to monitor Mr. Sagar's invoices to ensure payments are made within the scope of the Prompt Payment Act.

We appreciate your interest in this matter. If you have any further questions, please do not hesitate to contact Contracting Officer Robert Jaeger at (703) 605-4883.

Sincerely,

RONALD E. HOOPER
Director, Acquisition Management

cc: Robert Jaeger, Ronald Wester

JOHN WARNER
VIRGINIA

COMMITTEES:
ARMED SERVICES
ENVIRONMENT AND PUBLIC WORKS
SELECT COMMITTEE ON INTELLIGENCE
HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS

# United States Senate

225 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510–4601
(202) 224–2023
http://warner.senate.gov

CONSTITUENT SERVICE OFFICES:

4900 WORLD TRADE CENTER
101 WEST MAIN STREET
NORFOLK, VA 23510–1690
(757) 441–3079

5309 COMMONWEALTH CENTRE
PARKWAY
MIDLOTHIAN, VA 23112
(804) 739–0247

235 FEDERAL BUILDING
P.O. BOX 887
ABINGDON, VA 24212–0887
(276) 628–8158

1003 FIRST UNION BANK BUILDING
213 SOUTH JEFFERSON STREET
ROANOKE, VA 24011–1714
(540) 857–2676

April 13, 2007

Ms. Archana Sagar
President
PIXL Inc
P.O. Box 230505
Centreville, Virginia 20120-0505

Dear Ms. Sagar:

Please find enclosed the response from the Forest Service in reference to my inquiry on your behalf. I hope that the information provided will be helpful and responsive to your specific concerns.

With kind regards, I am

Sincerely,

John Warner

John Warner

JW/ap

Enclosure(s)

 **USDA** | **United States Department of Agriculture** | **Forest Service** | **Washington Office** | **1400 Independence Avenue, SW Washington, DC 20250**

File Code: 6320
Date:

APR - 6 2007

The Honorable John W. Warner
United States Senate
5309 Commonwealth Centre Parkway
Suite 401
Midlothian, VA 23112

Dear Senator Warner:

Thank you for your letter of March 27, 2007, on behalf of your constituent Ms. Archana Sagar regarding overdue invoices of Pixl, Inc.

As of April 6, 2007, all invoices submitted by Pixl, Inc. with the exception of one, were paid. The one exception is a bill for eight hours of labor that is in dispute. The United States Department of Agriculture (USDA) Office of the Inspector General reviewed the allegations of wrongdoing made by representatives of Pixl, Inc. None of the allegations was substantiated during the investigation.

The USDA Office of Civil Rights has received a complaint by Pixl, Inc. That office is processing the complaint and has not yet concluded their administrative review, nor reached any conclusion.

Pixl, Inc. has submitted a formal contract claim under the Contract Disputes Act. That claim is being reviewed and a final decision is forthcoming by the Contracting Officer. Pixl, Inc. will be advised of their appeal rights with that final decision.

With respect, Pixl, Inc. request for action concerning the Small Business Administration and the General Services Administration should be directed to those Departments.

If you have any further need for information, please feel free to contact me at (703) 605-4662.

Sincerely,

RONALD E. HOOPER
Director, Acquisition Management

**Caring for the Land and Serving People**    Printed on Recycled Paper



| United States Department of Agriculture | Forest Service | Washington Office | 14th & Independence SW P.O. Box 96090 Washington, DC  20090-6090 |

**File Code:** 6320-1                    **Date:** October 20, 2006

**Subject**  Summary of damages & Option Year proposal
AG-3187-C-06-0043

**To:**  Pixl Inc
10201 Lee Highway, Ste 530
Fairfax, VA 22030

Dear Staff:

I am in receipt of your letters dated September 29, 2006; subject: Option Year Proposal and FY 2005 and FY 2006 damages. Your current open contract for the INFRA project is AG-3187-C-06-0043 and it is upon this contract that the option year was exercised.

Secondly, you need to review FAR 33 and resubmit correspondence addressing the issue of damages. The dollar amount you list for "amount paid to IRM Consulting Group" has nothing to do with contract administration on any of the versions of the contract actions in place for the INFRA program. Just because you agreed to pay another contractor to help you start your business this does not become a responsibility of the government as "damage". When you resubmit a list for damages make sure that you reference specific contract actions, include the contract number, facts pertinent to those damages, how those relate to contract terms, a statement of the factual areas of agreement and disagreement. Pay particular attention to clause 33.209 as you must certify any reference to payment for damages in accordance with clause 33.207, using exact language included in this clause. This clause dealing with certification may help you understand some of the steps you should take to formalize your actions.

If you have any questions about the administration of this contract please contact me at (703) 605-4883 or at email address rjaeger@fs.fed.us

/ S/

Robert D. Jaeger
Contracting Officer





| United States Department of Agriculture | Forest Service | Washington Office | 14th & Independence SW P.O. Box 96090 Washington, DC   20090-6090 |

**File Code:** 6320
**Date:** 8 November 2006

MS. ARCHANA SAGAR
PIXL INC
10201 LEE HIGHWAY
SUITE 530
FAIRFAX, VA  22030-3135

Ms. Sagar:

Enclosed is your invoice dated November 6, 2006.  We are returning this invoice to you in order for you to produce a valid invoice.  The rates on your invoice do not comply with the accepted proposal from November 7, 2005 for FY06 rates.  You will recall from emails sent to you in October 2006, the proposal for FY07 was not accepted.  You had ample opportunity to submit a revised proposal, but did not do so.  Therefore, you may only bill at the rates that were last accepted.  In addition, this invoice includes charges for Mr. Ajay Sagar.  Mr. Sagar was not proposed on the last accepted proposal.  You may not add additional staff to your contract without a valid and accepted proposal.  Please make the necessary corrections and resubmit invoice for payment.

You must use the date you resubmit your invoice as the current invoice date.  You may call Teresa Wilks at 703-605-5307 or email at twilks@fs.fed.us if you have further questions.

Sincerely,

Robert Jaeger
Branch Chief, Procurement Operations

Enclosure (1)



**Ajay Sagar**

| | |
|---|---|
| **From:** | archana |
| **Sent:** | Monday, November 13, 2006 2:29 PM |
| **To:** | Ajay Sagar |
| **Subject:** | FW: Response to Rob Jaeger's letter for FY 07 October invoice. |

```
-----Original Message-----
From: Robert Jaeger [mailto:rjaeger@fs.fed.us]
Sent: Monday, November 13, 2006 7:35 AM
To: archana
Cc: Daryl Herman
Subject: Re: Response to Rob Jaeger's letter for FY 07 October invoice.


This is not a legal issue. You were told to respond back with a revised
proposal for FY07 (on your INFRA 8a contract) because the first one is
incorrect. You did not do this so contract administration will continue
through FY07 with the last year rates still in effect. We know you
understand what the proposal is supposed to look like because the
proposal
for FY06 was submitted properly and accepted.
The reference to other task orders is taken out of context as those are
separate from this INFRA contract and must not be confused with the
ongoing
administration of your 8a contract for INFRA.
Robert Jaeger
Branch Chief, Operations - Acquisition Management
USDA, FS - Washington Office
ph (703) 605-4883 or FAX 5100
e-mail: rjaeger@fs.fed.us
```

|                    | "archana"            |                               |
|--------------------|----------------------|-------------------------------|
|                    | <archana@pixlinc.    |                               |
|                    | com>                 |                               |
| To                 |                      | <hkashdan@fs.fed.us>          |
|                    | 11/09/2006 11:43     |                               |
| cc                 | PM                   | <dbnesq1@aol.com>,            |
|                    |                      | <rjaeger@fs.fed.us>,          |
|                    |                      | <MARK.GARRETT@OGC.USDA.GOV>   |
| Subject            |                      | Re: Response to Rob Jaeger's  |
| letter             |                      | for FY 07 October invoice.    |

Mr. Kashdan,

Attached is the response from our attorney, David Nolan, regarding our
October 06 invoice on the Infra project.


Sincerely,

Archana Sagar, President

[attachment "Pixl-Kashdan-Oct 07 issue.pdf" deleted by Robert
Jaeger/WO/USDAFS]

From:    Origin ID: LVLA  (703)605-5307
Teresa Wilks
USDA Forest Service
1621 North Kent Street
Room 707/RP-E
Arlington, VA 22209



Ship Date: 06MAR07
ActWgt: 1 LB
System#: 1069033/INET2600
Account#: S ********

SHIP TO:   (703)218-6939        BILL SENDER

**AJAY SAGAR**
**PIXL INC**
**10201 LEE HIGHWAY**
**SUITE 530**
**FAIRFAX, VA 22030**

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

**STANDARD OVERNIGHT**                    **WED**

TRK#   **7995  9833  9727**   FORM 0201    Deliver By:
07MAR07

**IAD**   A1

**22030**   -VA-US

# 19 ZFOA



Shipping Label: Your shipment is complete

1.  Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

2.  Fold the printed page along the horizontal line.

3.  Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

| United States Department of Agriculture | Forest Service | Washington Office | 14th & Independence SW P.O. Box 96090 Washington, DC 20090-6090 |
|---|---|---|---|

**File Code:** 6320-1

**Date:** March 5, 2007

**Subject** Pixl's Formal Claim
Contract numbers - various

**To:** Pixl Inc
10201 Lee Highway, Ste 530
Fairfax, VA 22030

Dear Staff:

I am in receipt of your document signed December 11, 2006 (my copy is date stamped received January 15); subject: Pixl's Formal Claim and Request for Decision Regarding INFRA Project Contract Administration Complaints FY01 Thru FY07.

The first paragraph states your sole 8a award status has been violated. Your open contract, that contract administration is being performed on, is not an 8a contract. Currently you are not 8a certified and there is one other 8a certified firm working on the INFRA/Iweb project besides your firm (ETI Professionals – 8a woman owned). Your firm was requested to resubmit a list for damages and to make sure that you reference specific contract actions, include the contract number, facts pertinent to those damages, how those relate to contract terms, a statement of the factual areas of agreement and disagreement. Your firm was further directed to pay particular attention to clause 33.209 as you must certify any reference to payment for damages in accordance with clause 33.207, using exact language included in this clause. This clause dealing with certification should have helped you understand some of the steps you should take to formalize your actions. I can verify that you did sign the document but I don't understand why you titled the document Formal Claim and not certified claim. Additionally, you have lumped contract administration complaints with a certified claim and referenced so many contracts it is hard to determine just where and to what extent you are owed money on these contracts. You should submit a separate claim for each of the three projects mentioned in the last sentence of the first paragraph; ATSES, Tivoli, and WFRP Fisheries.

In paragraph two you allege that the FS has adversely and disparately treated Pixl Inc as compared to favored treatment to IRM Consulting Group. This paragraph makes the same statement about Pixl Inc and Elite Systems, Inc. These statements do not provide clarification as to how much money you are claiming and against which contract. These allegations are vague and what is needed now is clear concise support for any amount of money you are claiming.

In the third paragraph this document states that the SBA has continuously designated Pixl as a Women Owned SDB firm since January 23, 1998. Again this is a certified claim and you should stick to the topic of money owned and the necessary supporting documents.



**Caring for the Land and Serving People**

Printed on Recycled Paper



In paragraph four there is a reference to Ajay Sagar making verbal and written complaints for contract administration review and relief. Exhibits 33, a number of letters dealing mostly with allegations not directly tied to specific references to money owed and exactly why, and exhibit 44, titled affidavit, do not help with your "formal" claim. I am taking your attempts to recover money due to you seriously and I am going to have to ask for your help in this regard. At this time it is impossible to render a decision on this document. Your "formal" claim document is 25 pages long and your attachments number more than 100 pages. Most of these pages do not clarify what it is you are asking for and exactly why your firm is entitled to compensation. I am suggesting to you at this time that you submit a separate claim for each contract for which you believe your firm is entitled to compensation for. Out of these 100 plus pages you do have one exhibit which a good place to start from and that is exhibit 40. Take the information from that list and use it to begin the claim process again. By creating a separate claim for each of those contracts listed there we can work together to determine exactly what maybe owed and why. You have not met the intent of FAR 33 yet. It is a requirement that you provide, "references to specific contract actions, include the contract number, facts pertinent to those damages, how those relate to contract terms, and a statement of the factual areas of agreement and disagreement."

If you have any questions about the administration of these contracts please contact me at (703) 605-4883 or at email address rjaeger@fs.fed.us

/ S/

Robert D. Jaeger
Contracting Officer

# Law Offices of David B Nolan

8310 Wagon Wheel Road
Alexandria, VA 22309
(O) 703-780-1864
(Fx) 703-780-1434

November 15, 2006

Hank Kashdan
Deputy Chief
U.S. Forest Service
1400 Independence Ave., S.W.
Washington, D.C. 20250

Re: Forest Service Response to Concerns Raised November 9th

Dear Mr. Kashdan:

The Forest Service payment notice of November 14, 2006 and Rob Jaeger's email of Monday, November 13, 2006 to Archana Sagar, President of Pixl Inc. (Pixl) are each not responsive to the concerns of my legal client, Pixl Inc., that were sent to your attention on November 9 for response by November 16.

There is no proper USDA invocation of termination by convenience (C) or termination by default (D) to change the Infra Project 8(a) contract #AG-3187-C-06-0043 into the GSA Schedule Contract No. GS-35F-0251K and Order No. AG-3187-D-06-0516 *(see Exhibit 4)* for the last month of fiscal year 2006. The signatures of Contracting Officer Representative (COR) Daryl Herman on October 12, 2006 and of Contracting Officer (CO) Robert Jaeger on October 16, 2006 *(see Exhibit 1)* cannot change an 8(a) sole prime award *(see Exhibit 2)* to a GSA Schedule contract award in either FY 06 or FY 07.

The Forest Service payment to Pixl Inc. of $60,769.15 for September 2006 is correct under the 8(a) Pixl Inc. invoice # AG-3187-C-06-0043_5 but may not be if GSA rates are legally or illegally imposed. Pixl Inc.'s ongoing status as an (8a) small and disadvantaged firm is not disputed by the Forest Service. In changing position again, CO Jaeger has deceptively and unilaterally modified Pixl's original FY 06 contract *(see Exhibit 3)* and awarded funding to Pixl Inc. as an 8 (a) firm for the FY 2007 option year on the Infra Project. This attempt by CO, Jaeger and COR Herman appears to violate both the FAR Section 19 and SBA delegated authority. Please note that Exhibits 3 and 4 contradict each other without either having been modified subsequently.

However, CO Jaeger's use of FY 2006 labor rates is inappropriate for the FY 2007 option year since no other prime on the Infra Project has had the lower FY 2006 labor rates imposed upon it. Those seven (7) consultants forced from Pixl under duress have been rewarded by FY 2007 labor rates. Pixl's four (4) consultants loyal to their 8(a) firm have been punished by the imposition of FY 2006 labor rates by CO Jaeger and COR Herman.

I shared this view yesterday with Mr. Higgins who informed me that the Office of Civil Rights of USDA is conducting an investigation of the disparate treatment that the Forest Service has inflicted upon the consultants of Pixl, Inc., and the 8(a) firm itself, which is 75% woman owned by a foreign born U.S. citizen of Asiatic Indian lineage.

Thank you for your prompt attention.

Sincerely,

David B. Nolan, Esq.

**Exhibit 1** – **Correspondence and Contract Alterations by CO Jaeger and COR Herman**
**(4 pages)**

# PIxL

Pixl Inc.
P.O. Box 230505
Centreville        VA 20120

*Invoice Receivable*

Y624-20

USDA FOREST SERVICE, Daryl Herman, AQM
P.O. Box 96090, Room 707 Rpc
Vxp000190295, Vid: 541703062 B
Washington        DC 20090-6090

Produced by QOffice

To:
USDA FOREST SERVICE, Daryl Herman, AQM
P.O. Box 96090, Room 707 Rpc
Vxp000190295, Vid: 541703062 B
Washington        DC 20090-6090

Invoice No: AG-3187-C-06-0046_5    D-06-0516-#5
Invoice Date:09-OCT-2006
Contract No: AG-3187-C-06-0043    D-06-0516
Starting Date:01-SEP-2006
Ending Date: 30-SEP-2006

| Name | Work Auth No | Labor Category | Rate $/ hr | Hours Worked | Total ($) Amount | Discount (%age) | Invoice ($) Amount |
|------|--------------|----------------|-----------|--------------|------------------|-----------------|--------------------|
| MUNIR, SHAHID | AG-3187-C-06-0043 | Contractor | 86.50 | 160.00 | 13,840.00 | 0.00 | 13,840.00 |
| BROSE, STEPHEN M. | AG-3187-C-06-0043 | Contractor | 145.86 | 160.00 | 23,337.60 | 0.00 | 23,337.60 |
| SHEN, SHYUE-SHU | AG-3187-C-06-0043 | Contractor | 64.15 | 160.00 | 10,264.00 | 0.00 | 10,264.00 |
| COWLES, JEFFREY D. | AG-3187-C-06-0043 | Contractor | 75.85 | 160.00 | 12,136.00 | 0.00 | 12,136.00 |
| Expenses | AG-3187-C-06-0043 | G & A (2%) | | | | | 1,191.55 |

Current Invoice Total ($):    60,769.15

Please remit to:
Pixl Inc., C/O SunTrust Bank
10201 Lee Highway
Suite 530
Fairfax        VA 22030
VXP000190295, VID: 541703062 B

COR  10/12/2006

RECEIVED
2006 OCT 12 P 1:56
ACQUISITION MANAGEMENT

APPROVED FOR PAYMENT BY CO
SIGNATURE
DATE  10/16/06

e) Another payment in question (Infra):

Payment Advice Internet Delivery- Austin Financial Center                                    Page 1 of 2



**AUSTIN FINANCIAL CENTER**
DEPARTMENT OF THE TREASURY - FINANCIAL MANAGEMENT SERVICE

**FMS Homepage**      **Payment Advice Internet Delivery**

**Index**             **Vendor: Pixl Inc.**

**Search**            **Date**       **Agency**                                    **Amount**

**AFC Homepage**      11/9/2006    USDA-Forest Services (FS)                        $60,769.15

**PAID**                           Sellers Invoice Num      D0156-5

---

**November 14, 2006 – Please clarify under which Task Order # and the invoice # , the marked payment was made against?  We have not issued any invoice # D0156-5 to the agency so far.**

**Ajay Sagar**

---

**From:** archana
**Sent:** Monday, November 13, 2006 2:29 PM
**To:** Ajay Sagar
**Subject:** FW: Response to Rob Jaeger's letter for FY 07 October invoice.

```
-----Original Message-----
From: Robert Jaeger [mailto:rjaeger@fs.fed.us]
Sent: Monday, November 13, 2006 7:35 AM
To: archana
Cc: Daryl Herman
Subject: Re: Response to Rob Jaeger's letter for FY 07 October invoice.


This is not a legal issue. You were told to respond back with a revised
proposal for FY07 (on your INFRA 8a contract) because the first one is
incorrect. You did not do this so contract administration will continue
through FY07 with the last year rates still in effect. We know you
understand what the proposal is supposed to look like because the
proposal
for FY06 was submitted properly and accepted.
The reference to other task orders is taken out of context as those are
separate from this INFRA contract and must not be confused with the
ongoing
administration of your 8a contract for INFRA.
Robert Jaeger
Branch Chief, Operations - Acquisition Management
USDA, FS - Washington Office
ph (703) 605-4883 or FAX 5100
e-mail: rjaeger@fs.fed.us
```

|  |  |  |
|---|---|---|
| | "archana" | |
| | <archana@pixlinc. | |
| | com> | |
| To | | <hkashdan@fs.fed.us> |
| | 11/09/2006 11:43 | |
| cc | | |
| | PM | <dbnesq1@aol.com>, |
| | | <rjaeger@fs.fed.us>, |
| | | <MARK.GARRETT@OGC.USDA.GOV> |
| | | |
| Subject | | |
| | | Re: Response to Rob Jaeger's |
| letter | | |
| | | for FY 07 October invoice. |

Mr. Kashdan,

Attached is the response from our attorney, David Nolan, regarding our October 06 invoice on the Infra project.

Sincerely,

Archana Sagar, President

[attachment "Pixl-Kashdan-Oct 07 issue.pdf" deleted by Robert Jaeger/WO/USDAFS]

**Exhibit 2** – **Pixl's Contract Award for FY 06 (10/1/2005 – 9/30/2006), signed by CO, Jaeger on May 18, 2006, sent and received on May 30, 2006 @ 3:26:00 p.m. (3 pages)**

| SOLICITATION, OFFER AND AWARD | | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CRF 700) | | RATING | | PAGE OF PAGES 1   3 | |
|---|---|---|---|---|---|---|---|

| 2. CONTRACT NO. AG-3187-C-06-0043 | 3. SOLICITATION NUMBER | 4. SOLICITATION TYPE ☐SEALED BID (IFB) ☐NEGOTIATED BID (RFP) | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NUMBER See Schedule |
|---|---|---|---|---|

**7. ISSUED BY** CODE `3187`

USDA FOREST SERVICE
201 14TH ST. G INDEPENDENCE AVE. SW
P.O. BOX 96090
WASHINGTON DC 20090-6090

**8. ADDRESS OFFER TO** (If other than Item 7)

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder"

## SOLICITATION

9. Sealed offers in original and _____ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if hand carried, in the

depository located in _____ until _____ local time _____

(Hour)                    (Date)

CAUTION: LATE Submissions, Modifications and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL | A. NAME ROBERT D JAEGER | B. TELEPHONE (NO COLLECT CALLS) AREA CODE 703  NUMBER 605-4883  EXT. | C. E-MAIL ADDRESS rjaeger@fs.fed.us |
|---|---|---|---|

### 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| ☐ | A | SOLICITATION/CONTRACT FORM | | ☐ | I | CONTRACT CLAUSES | |
| ☐ | B | SUPPLIES OR SERVICES AND PRICE/COST | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| ☐ | C | DESCRIPTION/SPECS./WORK STATEMENT | | ☐ | J | LIST OF ATTACHMENTS | |
| ☐ | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| ☐ | E | INSPECTION AND ACCEPTANCE | | ☐ | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| ☐ | F | DELIVERIES OR PERFORMANCE | | | | | |
| ☐ | G | CONTRACT ADMINISTRATION DATA | | ☐ | L | INSTR., CONDS., AND NOTICES TO OFFERORS | |
| ☐ | H | SPECIAL CONTRACT REQUIREMENTS | | ☐ | M | EVALUATION FACTORS FOR AWARD | |

### OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within _____ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52-232-8) | 10 CALENDAR DAYS (%) See Schedule | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDAR DAYS (%) |
|---|---|---|---|---|

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:) | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|

| 15A. NAME AND ADDRESS OF OFFEROR | CODE 541703062 | FACILITY | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|---|
| | PIXL, INC P.O. BOX 230505 541703062 A CENTREVILLE VA 21020 | | |

| 15B. TELEPHONE NUMBER AREA CODE   NUMBER   EXT. | 15C. CHECK IF REMITTANCE ADDRESS ☐ IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|

### AWARD (To be completed by government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT $825,000.00 | 21. ACCOUNTING AND APPROPRIATION See schedule |
|---|---|---|

| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: ☐ 10 U.S.C. 2304 (c) ( ) ☐ 41 U.S.C. 253 (c) ( ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM |
|---|---|---|

| 24. ADMINISTERED BY (If other than Item 7) CODE 3187 See Schedule G | 25. PAYMENT WILL BE MADE BY See Schedule G | CODE 3187 |
|---|---|---|

| 26. NAME OF CONTRACTING OFFICER (Type or print) ROBERT D. JAEGER | 27. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 28. AWARD DATE 05/18/2006 |
|---|---|---|

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

STANDARD FORM 33 (Rev. 9-97)
Prescribed by GSA - FAR (48 CFR) 53.214(c)

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>AG-3187-C-06-0043 | | | PAGE<br>2 | OF<br>3 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

PIXL, INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Tax ID Number:  541703062<br>DUNS Number:  Not Available<br>Continuation of contract 53-3187-4-6006<br>Consulting Services with Pixl Inc.  Original<br>Contract 53-3187-4-6006, Currently under RFP<br>Award WO 04-09VM  (43-3187-4-1017) &<br>AG-3187-P-005-0201. Continuation with 8a contract<br>fy 06 option year<br>Delivery: 09/30/2006<br>Admin Office:<br>    USDA FOREST SERVICE<br>    201 14TH ST. @ INDEPENDENCE AVE. SW<br>    P.O. BOX 96090<br>    WASHINGTON DC 20090-6090<br>Mail Invoice To:<br>    USDA FOREST SERVICE<br>    201 14TH ST. @ INDEPENDENCE AVE. SW<br>    P.O. BOX 96090<br>    WASHINGTON DC 20090-6090<br>FOB: Destination<br>Period of Performance: 10/01/2005 to 09/30/2006<br>Delivery Location Code: 33LF<br>USDA FSA<br>1621 N KENT STREET  ROOM 207<br>ARLINGTON VA  22209<br>ARLINGTON VA 22209 US | | | | |
| 0001 | Consulting Services with Pixl Inc.  Original<br>Contract 53-3187-4-6006, Currently under RFP<br>Award WO 04-09VM  (43-3187-4-1017)<br>Obligated Amount: $425,000.00<br>Product/Service Code: R707<br>Product/Service Description:  CONTRACT,<br>PROCUREMENT, AND ACQUISITION SUPPORT SERVICES<br>Requisition No: 41417<br>Accounting Info:<br>11.ZZ.ZZ.ZZZZZZ.1324.ZZ.ZZZZZZZ.ZZ.ZZZZZZZZZZ.2540.<br>ZZ.NFIM3006.ZZZZ Agency Code: 11 Program Code:<br>ZZZZZZZZZ BOC: 2540 Sub BOC: ZZ Cost Org: ZZZZZZZ<br>Job Code: NFIM3006 Sub Cost Org: ZZ Budget Yr<br>Start: ZZ Budget Yr End: ZZ Fund: ZZZZZZ Budget<br>Org: 1324 Sub Budget Org: ZZ Report Category: ZZZZ<br><br><br><br>Continued ... | 425000 | DO | 1.00 | 425,000.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-88)<br>Sponsored by GSA<br>FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED AG-3187-C-06-0043 | PAGE 3 | OF 3 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
PIXL, INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0002 | Pixl Inc, add additional line of funding. Original Contract 53-3187-4-6006, Currently under RFP Award WO 04-09VM  (43-3187-4-1017) Obligated Amount: $400,000.00 Product/Service Code:  R707 Product/Service Description:  CONTRACT, PROCUREMENT, AND ACQUISITION SUPPORT SERVICES Requisition No: 41419 Accounting Info: 11.ZZ.ZZ.ZZZZZZ.1324.ZZ.ZZZZZZZ.ZZ.ZZZZZZZZZ.2540. ZZ.NFTM2406.ZZZZ Agency Code: 11 Program Code: ZZZZZZZZZ BOC: 2540 Sub BOC: ZZ Cost Org: ZZZZZZZ Job Code: NFTM2406 Sub Cost Org: ZZ Budget Yr Start: ZZ Budget Yr End: ZZ Fund: ZZZZZZ Budget Org: 1324 Sub Budget Org: ZZ Report Category: ZZZZ<br><br><br>Total amount of award: $825,000.00. The obligation for this award is shown in box 20. | 400000 | DO | 1.00 | 400,000.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

**_Exhibit 3_ – CO Jaeger's deceptive, unilateral modification of Pixl's Contract Award
for FY 06 (10/1/2005 – 9/30/2006) and extended the period to 10/1/2006 through
9/30/2007, signed by CO, Jaeger, date of order was 9/22/2006.
(3 pages)**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
|---|---|---|---|---|
| 0001 | 10/01/2006 | See Schedule | | |

| 6. ISSUED BY                    CODE | 3187 | 7. ADMINISTERED BY (If other than Item 6)      CODE | 3187 |
|---|---|---|---|

USDA FOREST SERVICE
201 14TH ST. @ INDEPENDENCE AVE. SW
P.O. BOX 96090
WASHINGTON DC 20090-6090

USDA FOREST SERVICE
201 14TH ST. @ INDEPENDENCE AVE. SW
P.O. BOX 96090
WASHINGTON DC 20090-6090

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

PIXL, INC
P.O. BOX 230505
541703062 A
CENTREVILLE VA 21020

9B. DATED (SEE ITEM 11)

| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | AG-3187-C-06-0043 |

| CODE   541703062 | FACILITY CODE | 10B. DATED (SEE ITEM 11)   05/18/2006 |
|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) Option to Extend the Contract |

E. IMPORTANT:   Contractor ☒ is not.   ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Tax ID Number:      Available
DUNS Number:        Available
Consulting Services with Pixl Inc.  Original Contract 53-3187-4-6006, Currently under RFP
Award WO 04-09VM  (43-3187-4-1017) & AG-3187-P-005-0201. Continuation with 8a contract fy
07 option year. POP extended thru Sep 30, 2007
FOB: Unknown
Period of Performance: 10/01/2006 to 09/30/2007
Delivery Location Code: 33LF
USDA FSA
1621 N KENT STREET  ROOM 207
ARLINGTON VA  22209
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) ROBERT D. JAEGER | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 9/22/06 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>AG-3187-C-06-0043/0001 | | PAGE<br>2 | OF<br>3 |

NAME OF OFFEROR OR CONTRACTOR
PIXL, INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | ARLINGTON VA 22209 US<br><br>Change Item 0001 to read as follows(amount shown is the obligated amount): | | | | |
| 0001 | Consulting Services New Task Order for Pixl Inc. Original Contract 53-3187-4-6006, Currently under RFP Award WO 04-09VM  (43-3187-4-1017)<br>Obligated Amount: $0.00<br>Product/Service Code:  R707<br>Product/Service Description:  CONTRACT, PROCUREMENT, AND ACQUISITION SUPPORT SERVICES<br>Requisition No: 41417<br><br>Delivery: 05/18/2007<br>Accounting Info:<br>11.ZZ.ZZ.ZZZZZZ.1324.ZZ.ZZZZZZZ.ZZ.ZZZZZZZZZ.2540. ZZ.NFIM3006.ZZZZ Agency Code (2): 11 Program Code (9): ZZZZZZZZZ BOC: 2540 Sub BOC (2): ZZ Cost Org (7): ZZZZZZZ Job Code (8): NFIM3006 Sub Cost Org (2): ZZ Budget Yr Start (2): ZZ Budget Yr End (2): ZZ Fund (6): ZZZZZZ Budget Org (7): 1324 Sub Budget Org (2): ZZ Report Category (4): ZZZZ | 425000 | DO | 1.00 | 0.00 |
| | Change Item 0002 to read as follows(amount shown is the obligated amount): | | | | |
| 0002 | Pixl Inc, add additional line of funding to new task order. Original Contract 53-3187-4-6006, Currently under RFP Award WO 04-09VM (43-3187-4-1017)<br>Obligated Amount: $0.00<br>Product/Service Code:  R707<br>Product/Service Description:  CONTRACT, PROCUREMENT, AND ACQUISITION SUPPORT SERVICES<br>Requisition No: 41419<br><br>Delivery: 10/01/2007<br>Accounting Info:<br>11.ZZ.ZZ.ZZZZZZ.1324.ZZ.ZZZZZZZ.ZZ.ZZZZZZZZZ.2540. ZZ.NFTM2406.ZZZZ Agency Code (2): 11 Program Code (9): ZZZZZZZZZ BOC: 2540 Sub BOC (2): ZZ Cost Org (7): ZZZZZZZ Job Code (8): NFTM2406 Sub Cost Org<br>Continued ... | 400000 | DO | 1.00 | 0.00 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED AG-3187-C-06-0043/0001 | PAGE 3 | OF 3 |
| --- | --- | --- | --- |

NAME OF OFFEROR OR CONTRACTOR
PIXL, INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
| --- | --- | --- | --- | --- | --- |
| | (2): ZZ Budget Yr Start (2): ZZ Budget Yr End (2): ZZ Fund (6): ZZZZZZ Budget Org (7): 1324 Sub Budget Org (2): ZZ Report Category (4): ZZZZ | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

*Exhibit 4* – **CO Jaeger's deceptive, unilateral award under GSA authority to Pixl for
FY 06 (7/1/2006 – 9/30/2007), signed by CO, Jaeger, date of order was 7/13/2006.
(2 pages)**

ORDER FOR SUPPLIES OR SERVICES

| | | | PAGE | OF PAGES |
|---|---|---|---|---|
| | | | 1 | 2 |

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. *(If any)* |
|---|---|
| 07/13/2006 | GS-35F-0251K |

| 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. |
|---|---|
| AG-3187-D-06-0516 | 53795 |

5. ISSUING OFFICE *(Address correspondence to)*
USDA FOREST SERVICE
201 14TH ST. @ INDEPENDENCE AVE. SW
P.O. BOX 96090
WASHINGTON DC 20090-6090

**6. SHIP TO:**

a. NAME OF CONSIGNEE
USDA FSA

b. STREET ADDRESS
1621 N KENT STREET  ROOM 207
ARLINGTON VA  22209

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| ARLINGTON | VA | 22209 |

7. TO:

f. SHIP VIA

a. NAME OF CONTRACTOR
PIXL INC

b. COMPANY NAME

**8. TYPE OF ORDER**

☐ a. PURCHASE

REFERENCE YOUR:

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

☒ b. DELIVERY

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

c. STREET ADDRESS
P.O. BOX 230505
541703062 A

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| CENTREVILLE | VA | 21020 |

9. ACCOUNTING AND APPROPRIATION DATA
See Schedule

10. REQUISITIONING OFFICE
KLEINBERG, JENNIE

11. BUSINESS CLASSIFICATION  *(Check appropriate box(es))*

☐ a. SMALL   ☐ b. OTHER THAN SMALL   ☒ c. DISADVANTAGED   ☐ g. SERVICE-DISABLED VETERAN-OWNED

☐ d. WOMEN-OWNED   ☐ e. HUBZone   ☐ f. EMERGING SMALL BUSINESS

12. F.O.B. POINT
Destination

| 13. PLACE OF | | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* | 16. DISCOUNT TERMS |
|---|---|---|---|---|
| a. INSPECTION Destination | b. ACCEPTANCE Destination | | 09/30/2007 | |

**17. SCHEDULE** *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Tax ID Number:  Not Available DUNS Number:  Not Available Task Order for Pixl Inc in support of INFRA - see AG-3187-P-05-0201 & 43-3187-4-1017 Accounting Info: 11.ZZ.ZZ.ZZZZZZ.1324.ZZ.ZZZZZZZ.ZZ.ZZZZZZZZZZZ Continued ... | | | | | |

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | 17(h) TOTAL *(Cont. pages)* |
|---|---|---|---|---|

**21. MAIL INVOICE TO:**

| | a. NAME | USDA FOREST SERVICE | $100,000.00 | |
|---|---|---|---|---|
| SEE BILLING INSTRUCTIONS ON REVERSE | b. STREET ADDRESS *(or P.O. Box)* | 201 14TH ST. @ INDEPENDENCE AVE. SW P.O. BOX 96090 | | 17(i) GRAND TOTAL |

| c. CITY | d. STATE | e. ZIP CODE | |
|---|---|---|---|
| WASHINGTON | DC | 20090-6090 | $100,000.00 |

| 22. UNITED STATES OF AMERICA BY *(Signature)* | 23. NAME *(Typed)* ROBERT D. JAEGER TITLE: CONTRACTING/ORDERING OFFICER |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 347 (Rev. 3/2005)
Prescribed by GSA/FAR 48 CFR 53.213(e)

ORDER FOR SUPPLIES OR SERVICES
SCHEDULE - CONTINUATION

| | PAGE | OF PAGES |
|---|---|---|
| | 2 | 2 |

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 07/13/2006 | GS-35F-0251K | AG-3187-D-06-0516 |

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY ORDERED<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) | QUANTITY ACCEPTED<br>(G) |
|---|---|---|---|---|---|---|
| | .2540.ZZ.NFTM2406.ZZZZ Agency Code (2): 11 Program Code (9): ZZZZZZZZZ BOC: 2540 Sub BOC (2): ZZ Cost Org (7): ZZZZZZZ Job Code (8): NFTM2406 Sub Cost Org (2): ZZ Budget Yr Start (2): ZZ Budget Yr End (2): ZZ Fund (6): ZZZZZZ Budget Org (7): 1324 Sub Budget Org (2): ZZ Report Category (4): ZZZZ Period of Performance: 07/01/2006 to 09/30/2007 | | | | | |
| 0001 | Task Order for Pixl Inc - for IWEB Dev/TIM Developement. This task order replaces the prior orders -53-3187-4-6006/43-3187-4-1017 AG-3187-P-05-0201 Product/Service Code: R707 Product/Service Description: CONTRACT, PROCUREMENT, AND ACQUISITION SUPPORT SERVICES | 100000 | DO | 1.00 | 100,000.00 | |
| | Total amount of award: $100,000.00. The obligation for this award is shown in box 17(i). | | | | | |

TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H))

# Law Offices of David B Nolan

8310 Wagon Wheel Road
Alexandria, VA 22309
(O) 703-780-1864
(Fx) 703-780-1434

June 26, 2007

Hon. Stephen C. Preston
Administrator
Small Business Administration
409 3rd Street, S.W. Room 5600
Washington, D.C. 20416-0005

Re: FOIA Appeal

Dear Mr. Preston:

My legal client, Pixl Inc., hereby appeals the Small Business Administration's (SBA's) denial of our FOIA request of January 20, 2007 regarding documents which pertain to SBA's acceptance of contractual awards under Section 8(a) of the Small Business Act regarding the USDA Forest Service INFRA Project.  Please note that the SBA, without notice to Pixl, improperly forwarded this FOIA request to SBA to the USDA Forest Service Deputy Chief, Hank Kashdan for a highly unusual United States Department of Agriculture final agency decision denial of SBA held documents.

Included among the documents that SBA has in its possession but which were improperly denied to Pixl Inc. are the SBA acceptance letters relating to USDA Forest Service INFRA Project:

   (1) the 8(a) award to Pixl, Inc. approved December 6, 1999 in contract 53-3187-0-02
   (2) the 8(a) award to Pixl, Inc. approved April 28, 2004 in contract 53-3187-4-6006

Please also provide the erroneous SBA "8(a) acceptance" letter around the year 2001 on the USDA Forest Service INFRA Project improperly issued to IRM Consulting Group, Inc., a non-8(a) firm.

Thank you for your prompt attention.

Sincerely,

David B. Nolan, Esq.

1

 **United States**     **Forest**     **Washington Office**     **1400 Independence Avenue, SW**
**Department of**     **Service**                                          **Washington, DC 20250**
**Agriculture**

|  |  |
|---|---|
| **File Code:** | 6270-1-2 |
|  | 07-3480-A |
| **Date:** | JUN 8 2007 |

Mr. David B. Nolan, Esq.
Law Offices of David B. Nolan
8310 Wagon Wheel Road
Alexandria, VA 22309

Dear Mr. Nolan:

This letter is our final response to your Freedom of Information Act (FOIA) appeal dated
May 9, 2007. Your appeal was received in our Washington Office FOIA Service Center on
May 14, 2007. You are appealing our responses to your FOIA requests 07-3414-R and
07-3448-R.

Your FOIA request 07-3414-R dated January 20, 2007, was addressed to the Chief of the Forest
Service; our response was dated February 5, 2007. You requested "all documents concerning the
SBA approval of the Forest Service's Small business Subcontracting Plan regarding the INFRA
Project."

Your FOIA request 07-3448-R dated January 20, 2007, was addressed to the Small Business
Administration (SBA); the SBA forwarded your request to our office for response. Our response
was dated April 6, 2007. You requested "all SBA records that concern 8(a) delegated authority
to the U.S. Forest Service's INFRA Project . . .include all documents which relate to the INFRA
Project's Small Business Subcontracting Plan."

We have completed a second search for records responsive to your FOIA requests. No records
were found responsive to your appeal. As stated in our February 5, 2007, response to you, the
Federal Acquisition Regulation (FAR) does not require SBA approval of subcontracting plans.
No Forest Service small business subcontracting plan exists for the INFRA Project. There was
no requirement for subcontracting under the INFRA Project. Even though the two contractors
were 8(a) certified at the time of contract award, neither contractor was awarded an 8(a) contract.

Agencies are not required to create records in order to respond to FOIA requests. Nor are
agencies required to answer questions posed as FOIA requests. Most importantly, once an
appeal is received, whether records were denied or responsive to the request and/or requests, no
new issues can be raised.

Your appeal letter raises issues regarding records that were not requested by you in either of your
FOIA requests 07-3414-R and 07-3448-R. Therefore, we are unable to respond under your
appeal to the following conclusory statements in your appeal letter.

07-3480-A   David B. Nolan                                                                    2

1. "Mr. Hooper's response is not credible that the USDA Forest Service Acquisition Management has no documents concerning 8(a) contractual awards to Pixl, Inc. in years that include 1999, 2001, 2004, and option years 2007 and 2008. All contracts and task orders to the 8(a) Woman and Minority Owned firm are based on SBA delegated 8(a) authority as part of the small business subcontracting plan regarding the INFRA Project and the three other 8(a) awards to Pixl, Inc. on the ATSES, Tivoli, and Fisheries contracts." Neither of your FOIA requests asked for contract awards, contracts and task orders, and other awards for a specific periods of time.

2. "Mr. Hooper previously asserted that he could not find a single overdue invoice to Pixl." Neither of your FOIA requests asked for overdue invoices to Pixl.

3. "Mr. Hooper's assertion that he can only now find one overdue invoice is also not credible." Neither of your FOIA requests asked for overdue invoices.

If you wish to request records under FOIA, you will need to request them in writing. It is important for you to identify with reasonable specificity, the records you seek. Identifying specific records, the nature or content of the record, and a specific time-frame or specific dates, will help make your request clear.

This is the agency's final determination of your FOIA appeal regarding our response to your two FOIA requests. You may seek judicial review of the determination in an appropriate United States District Court pursuant to 5 U.S.C. 552(a)(4)(B).

Sincerely,

*for*   HANK KASHDAN
Deputy Chief for Business Operations



US OFFICIAL MAIL
$300 Penalty
For Private Use

Hasler
$00.41⁰
06/11/2007
Mailed From 20250
US POSTAGE

FIRST CLASS

USDA Forest Service, FOIA
1400 Independence Avenue SW
Mailstop: 1143
Washington, DC 20250-1143

223093217 5  C004

42

7 – Invoice Correspondence

**Ajay Sagar**

| | |
|---|---|
| **From:** | Robert Jaeger [rjaeger@fs.fed.us] |
| **Sent:** | Thursday, May 10, 2007 11:37 AM |
| **To:** | Suzan Hixson |
| **Cc:** | Ajay Sagar; Teresa A Wilks |
| **Subject:** | Re: Fw: Invoices related question. (from PIXL) |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Pixl is in denial here. Teresa Wilks has expended a huge amount of time,
most of it one on one with Ajay, helping Pixl correct their invoices so
that they could be paid. We will not provide this information separately
at
this time as I am half way through responding to the last version of
Pixl's
certified claim (I intend to be finished by Saturday). Teresa worked
with
Ajay and in the early history of their contract corrections were
sometimes
made on the invoice and the invoice was sent forward. Sometimes the
invoice
was sent back and Pixl sent in a new one with correction. Ajay knows all
this and to imply that Teresa did not help him and that Ajay needed no
help
is not very professional on his part. Ajay knows that a great deal of
time
was expended by Teresa to help him
Robert Jaeger
Branch Chief, Operations - Acquisition Management
USDA, FS - Washington Office
ph (703) 605-4883 or FAX 5100
e-mail: rjaeger@fs.fed.us




              Suzan

              Hixson/WO/USDAFS

To
              05/10/2007 11:28          Robert Jaeger/WO/USDAFS

              AM
cc


Subject
                              Fw: Invoices related question.

                              (from PIXL)

1

Suzan Hixson
Assistant Program Manager, INFRA
Office:  (703) 605-1057
Cell:    (703) 859-1083
----- Forwarded by Suzan Hixson/WO/USDAFS on 05/10/2007 11:27 AM -----


              "Ajay Sagar"

              <Officer@pixlinc.

              com>
To
                                "Suzan Hixson"
<shixson@fs.fed.us>
              05/10/2007 10:43
cc
              AM


Subject
                                Re: Invoices related question.




Ms. Hixson,

Could you please let me know which of our invoices contained errors in them
for FY 2004, 05, 06, and 2007.  Also provide a copy of your notices to Pixl
identifying the specific invoices for correction before payment was to be
made.
Specifically, also state which invoices were the result of:

         1)  Reference to wrong contract action,
         2)  Incorrect hours,
         3)  Inadequate information to ascertain what has been worked
on.

Regards

Ajay Sagar, Vice President
Pixl Inc.
10201 Lee Highway, Suite 530
Fairfax VA 22030

Ph: 703-218-6939
Fax: 703-218-6937
officer@pixlinc.com
www.pixlinc.com

Our Offerings:

Staffing from growing pool of 200,000 candidates and heavily automated
recruiting technology of Officer(tm) - Quick Turnaround
Recruit online via Officer(tm) online Jobs - Free signup
Systems Integration * Application Development * Customized Solutions *
Outsourcing
Reseller - Software * Hardware * Networks

This message is intended only for the use of the addressee(s) named
above
and may contain legally privileged and/or confidential information. If
you
are not the intended recipient of this message, you are notified that
any
dissemination, distribution or copying of this message is strictly
prohibited. If you received this message in error, please immediately
notify the sender by telephone and delete the original message.

**Ajay Sagar**

| | |
|---|---|
| **From:** | Richard Saltzman [rsaltzman@fs.fed.us] |
| **Sent:** | Tuesday, January 30, 2007 7:08 AM |
| **To:** | Barbara Decker |
| **Cc:** | Janis Satterwhite; Ajay Sagar |
| **Subject:** | Re: Contract AG-7604-C-07-0002, Inv. no  AG-7604-C-07-0002-1, -2 &-3 |

| | |
|---|---|
| **Importance:** | High |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |


Direct loss from
June 2005 unt...

```
              Good Morning:

Per research, the following is provided:

Invoice no. AG-7604-C-07-0002 -1 for 18,026.40, There is no record in
the
              system for this invoice.
Invoice no. AG-7604-C-07-0002-2, for $17,106.60 is scheduled for payment
on
              2/08/07.
Invoice no  AG-7604-C-07-0002-3, for $16,846.10 is scheduled for payment
on
              2/5/07.

Barbara: Pls resubmit invoice AG-7604-C-07-0002 -1 with receipt number.
              Upon receipt, this office will forward to the payment
office.

Pls call me if you have any questions.

Thanks
Richard Saltzman
Contracting Officer
US Forest Service
WO Acquisition Management
Information Technology Support Br.
Wk #   505-563-9124
Fax: # 505-563-9981




              Richard

              Saltzman/WO/USDAF

              S
To
                                Barbara Decker/IRM/USDAFS

              01/30/2007 06:31
cc
              AM                        Janis
Satterwhite/WO/USDAFS@FSNOTES
```

```
Subject                      Contract AG-7604-C-07-0002, Inv.
no
                             AG-7604-C-07-0002-1 (Document
link:
                             Richard Saltzman)
```

Good Morning:

Per review of the file, I do not see invoice no AG-7604-C-07-0002-1 in the
file under subject contract. Pls resubmit invoice (signed) with receipt number.

Pls call me if you have any questions.

Thanks
Richard Saltzman
Contracting Officer
US Forest Service
WO Acquisition Management
Information Technology Support Br.
Wk #  505-563-9124
Fax: # 505-563-9981


          Barbara

          Decker/IRM/USDAFS


To
          01/29/2007 03:14        Richard
Saltzman/WO/USDAFS@FSNOTES
              PM
cc


Subject                      Fw: Unpaid invoices - RE:

                             AG-3187-C-06-0015,

                             AG-3187-C-06-0022,

                             AG-7604-C-07-0002 task orders

                              2

Rich - AG-7604-C-07-0002 invoices 1 and 2 were receipted and sent to your
office on 1/12 and 12/6, respectively (Theresa asked that I let you
know).

Barbara Decker
COR, Performance Management Branch
USDA Forest Service, IRM
Phone: 703-605-5290  Fax: 703-605-5108
e-mail: bdecker@fs.fed.us


----- Forwarded by Barbara Decker/IRM/USDAFS on 01/29/2007 03:07 PM -----


                "Ajay Sagar"

                <Officer@pixlinc.

                com>
To
                                        <rsaltzman@fs.fed.us>

                01/26/2007 09:28
cc
                PM                      <bdecker@fs.fed.us>


Subject
                                        Re: Unpaid invoices - RE:

                                        AG-3187-C-06-0015,

                                        AG-3187-C-06-0022,

                                        AG-7604-C-07-0002 task orders

Richard,

Attached is the file containing details of invoices that have not been paid
on the ATSES and/ or Tivoli projects, with the exception of invoice #
AG-3187-P-05-0082_4.  Some of the invoices have not been paid, in part or
full, since June 2005.

I talked to Barbara Decker on 1/24/07 and she suggested that I contact you.
According to Barbara, the invoices that we have been submitting are all
correct.

Can you please review the attached file and let me know the status on the
invoice payments that would fall within your perview?


Regards


Ajay Sagar, Vice President
Pixl Inc.
10201 Lee Highway, Suite 530
Fairfax VA 22030

Phone: 703-218-6939
Fax: 703-218-6937
Email: officer@pixlinc.com

www.pixlinc.com

This message is intended only for the use of the addressee(s) named above
and may contain legally privileged and/or confidential information. If you
are not the intended recipient of this message, you are notified that any
dissemination, distribution or copying of this message is strictly
prohibited. If you received this message in error, please immediately
notify the sender by telephone and delete the original message.
 <<Direct loss from June 2005 until September 2006_012507-15-16.pdf>>
(See attached file: Direct loss from June 2005 until September
2006_012507-15-16.pdf)