UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHANA SAGAR,<br>      5423 Sequoia Farms Dr.<br>      Centerville, VA 20120<br><br>AJAY SAGAR,<br>      5423 Sequoia Farms Dr.<br>      Centerville, VA 20120<br><br>PIXL, INC.<br>      10201 Lee Highway, Suite 530<br>      Fairfax, VA 22030<br><br>      Plaintiffs,<br>v.<br><br>MIKE JOHANNS, Secretary<br>U.S. Department of Energy<br>      1400 Independence Ave., S.W.,<br>      Washington, D.C. 20250<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07cv1150 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Darrell Valdez as government counsel in this action.

Respectfully submitted,

　/s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-2843