UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHANA SAGAR, et al. | ) |
| | ) |
|       Plaintiffs, | ) |
| v. | ) Civil Action No. 07cv1150 (RBW) |
| | ) |
| MIKE JOHANNS, Secretary | ) |
| U.S. Department of Energy | ) |
| | ) |
|       Defendant. | ) |
| | ) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF
TIME TO FILE ANSWER/RESPONSE TO COMPLAINT**

Defendant, Mike Johanns, Secretary of the United States Department of Agriculture, respectfully requests that this Court enlarge the time an additional thirty (30) days, up to and including September 27, 2007, for Defendants to file an Answer/Response to Plaintiffs' Complaint.  In support of this Motion, Defendant respectfully states as follows:

    1.    Plaintiff filed the present action on June 27, 2007.

    2.    Defendant's Answer is currently due on Monday, August 27, 2007.

    3.    Counsel for the Defendant is still gathering the agency's files in this matter and anticipates filing a dispositive motion.  However, due to the number of allegations and the manner in which they are raised in the Complaint, as well as the fact that counsel for Defendants was out of the office during the week of July 16, 2007, and much of the week of July 23, 2007 on a personal matter, and is also involved in other matters, including preparing dispositive motions in the appellate matter of Shuler v. United States, App. No. 06-5275; a dispositive matter in Cross v. Samper, 04cv1253 (RMC); a dispositive motion in Uzelmeier v. U.S. Dept. of Health and Human Services, 07cv753 (PLF); and extensive discovery in Shea v. Rice, 02cv577 (JR),

<u>Rochon v. Department of Justice</u>, 03-0958 (RCL), and <u>Neopost, et al. v. United States Postal Service</u>, 00cv1401, 00cv2089, and 01cv804 (PLF) , Defendant has been unable to prepare a response.

    4.    Pursuant to Local Civil Rule 7(m), counsel for the Defendants contacted counsel for Plaintiffs to discuss the above motion. Plaintiffs consent to the requested enlargement.

    WHEREFORE, for all of the foregoing reasons, Defendants respectfully request that the Court enlarge the time for Defendant to respond to Plaintiffs' Complaint an additional thirty (30) days, up to and including, September 27, 2007.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARCHANA SAGAR, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | Civil Action No. 07cv1150 (RBW) |
| ) | |
| **MIKE JOHANNS, Secretary** ) | |
| **U.S. Department of Energy** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time, and the fact that Plaintiffs consent to the Motion, it is this _____ day of August, 2007, hereby

ORDERED, that the Motion for Enlargement is Granted, and it is further

ORDERED, that Defendant shall respond to Plaintiffs' Complaint by September 27, 2007.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE