UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARCHANA SAGAR, et al.** )<br>)<br>**Plaintiffs,** )<br>v. )<br>)<br>**MIKE JOHANNS, Secretary** )<br>**U.S. Department of Energy** )<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 07cv1150 (RCL) |

### ORDER

Upon consideration of the Defendant's Consent Motion [3] For Enlargement of Time, and the fact that Plaintiffs consent to the Motion, it is hereby

ORDERED, that the Motion for Enlargement is Granted, and it is further

ORDERED, that Defendant shall by September 27, 2007, file its response to Plaintiffs' Complaint, *nunc pro tunc*.

                                                                                    _____
                                                                                    ROYCE C. LAMBERTH
                                                                                    UNITED STATES DISTRICT JUDGE