UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHANA SAGAR, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.  07-1150 (RCL) |
| ) | |
| CHUCK CONNER, in his capacity as ) | |
|   Acting Secretary of the United States ) | |
|   Department of Agriculture ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S NOTICE OF PLAINTIFFS' TREATMENT
OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE,
TO TRANSFER CASE TO THE COURT OF FEDERAL CLAIMS AS CONCEDED**

Pursuant to Fed. R. Civ. P. 41(b) and Local Civil Rule 7(b), the Defendant Acting Secretary of the United States Department of Agriculture respectfully notifies this Court that Plaintiffs have failed to timely file an opposition or otherwise seek an enlargement of time to respond to the Defendant's Motion to Dismiss or, in the Alternative, to Transfer Case to the Court of Federal Claims (Dkt. No. 4), and have otherwise treated the Motion as conceded. Specifically, Defendant states as follows:

1.Plaintiffs filed a civil action on June 27, 2007, alleging discrimination, a violation of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961, et seq., ("RICO"), and tortious interference with contract in violation of federal statute, the laws of the District of Columbia, and the Fifth and Thirteenth Amendments to the U.S. Constitution.  Complaint (Dkt. No. 1) at ¶ I.

2.     On September 27, 2007, Defendant filed a Motion to Dismiss or, in the Alternative, to Transfer the Matter to the Court of Federal Claims (Dkt. No. 4), demonstrating that Plaintiffs' claims under the RICO, the FTCA, and the Constitution are barred by the doctrine of sovereign immunity, and that Plaintiffs' constitutional claims also fail as a matter of law. Defendant further demonstrated that, to the extent that any claims survived the motion, the Plaintiffs' claims were, in essence, a breach of contract claim over which this Court lacks subject matter jurisdiction.

3.     Plaintiffs' response was due on October 11, 2007. When Plaintiffs failed to file an Opposition or otherwise respond to the Motion, counsel for Defendant contacted counsel for Plaintiffs on October 18, 2007, to inquire as to why no response had been filed. Counsel for Plaintiffs informed Defendant that he needed additional time to respond, and requested an enlargement up to Monday, October 22, 2007. Counsel for Defendant consented to an enlargement to October 22, 2007. Despite this agreement, Plaintiffs failed to file any response or Opposition, and failed to seek the requested enlargement of time.

4.     Local Civil Rule 7(b) requires the filing of a memorandum of points and authorities in opposition to a motion, and further states that "[i]f such memorandum is not filed within the prescribed time, the court may treat the motion as conceded." LCvR 7(b). Thus, in the absence of any timely response by Plaintiffs, Defendant's Motion should be treated as conceded.[1/] On this basis, a Rule 41(b) dismissal is warranted.

---

[1/]    The decision to treat an unopposed motion as conceded is within the sound discretion of the District Court, and will not be overturned unless it can be demonstrated that the Court abused that discretion. See Federal Deposit Insurance Corp. v. Bender, 127 F.3d 58, 68 (D.C. Cir.1997) (reviewing the authority of the Court under the predecessor - Local Rule 108(b)).

5.  In addition, counsel for Defendant has been informed that on November 21, 2007, Plaintiffs, though their company Pixl, Inc., filed a breach of contract complaint in the United States Court of Federal Claims.  <u>Pixl, Inc. v. United States</u>, 07-827 C.  Indeed, in their new claim before the Court of Federal Claims, Plaintiffs raise the same factual allegations and many of the same claims raised in this matter.  Accordingly, Plaintiffs have treated the Defendant's Motion as conceded.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH  CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843