UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHANA SAGAR, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>CHUCK CONNER, in his capacity as )<br>    Acting Secretary of the United States )<br>    Department of Agriculture )<br>)<br>    Defendant. )<br>) | Civil Action No. 07-1150 (RCL)<br><br>**FILED**<br>DEC 1 1 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER [4]

Upon consideration of Defendant's Motion to Dismiss or, in the Alternative, to Transfer to the Court of Federal Claims, the ~~Plaintiff~~ lack of Opposition thereto, it is this  11th  day of December, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that this matter is dismissed with prejudice.

_/s/ Royce C. Lamberth_
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE